UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HAMMOND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, <u>et</u> <u>al</u>., )<br>)<br>Defendants. )<br>) | Civil Action No. 16-421 (KBJ) |

### **DEFENDANTS' NOTOICE TO THE COURT**

Yesterday, pursuant to Federal Rule of Civil Procedure 6(b), defendants the Department of Defense ("DOD"), Defense Health Agency ("DHA"), and Walter Reed National Military Medical Center ("WRNMMC"), move for an enlargement of time, up to and including February 28, 2017, in which to file defendants' motion for summary judgment in this case. Defense counsel had spoken to plaintiff's counsel yesterday and requested plaintiff's position on this motion, and plaintiff's counsel had assured her that he would get back to her yesterday with plaintiff's position.

At 7:25 pm yesterday defense counsel emailed plaintiff's counsel asking, again, for his position on the motion. Finally, at 9:30 pm defense counsel filed the motion, having heard back nothing from plaintiff's counsel.

At 9:44 pm plaintiff's counsel emailed defense counsel to state that plaintiff considered the request unreasonable and would not agree to it. Defense counsel immediately wrote back to plaintiff's counsel to try and understand what was considered unreasonable, given that the end of the briefing schedule remains unchanged by defendants' motion; defendants' motion provided

plaintiff with the exact amount of time plaintiff had before to respond to defendants' motion for summary judgment and made up the extra time requested by cutting back the time defendants will take for their opposition/reply.

Plaintiff's counsel has just responded to defense counsel and informed her that the extension is still considered unreasonable and will be opposed.  He did not address the fact that the end of the briefing schedule remains unchanged or that none of plaintiff's time for briefing has been reduced in any way.

Defendants will await plaintiff's opposition to address its specifics.

Respectfully submitted,

CHANNING D. PHILLIPS,
D.C. BAR # 415793
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division


 /s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov