Exhibit A

# FY14 FOIA PROCESSING LOG

## Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-01 | 10/1/13 | (B)(6) | Credentialing information | Credential Office POC: | | | | 11/19/13 | All reliable information mail out **CLOSED 11/19/13** | (b)(6) |
| 14-02 | 10/10/13 | (B)(6) | Breach of Medical Information | HIPPA, Privacy and Legal | N/A | N/A | N/A | N/A | Not a proper FOIA.  HIPPA/ Privacy has for action **CLOSED 11/5/13** | N/A |
| 14-03 | 10/20/13 | Robert Hammond | Medical Record "Appropriate Report for cell data" - Phillipe | Medical Records | 10/20/13 | 10/31/13 | 10/23/13 | 10/23/13 | A review of documents shows requester had received this report earlier. Requester Cancelled. **CLOSED 10/23/13** | N/A |
| 14-04 | 10/20/13 | Robert Hammond | Report for Cell Data - Leung | Medical Records | 10/20/13 | 10/31/13 | 10/23/13 | 10/23/13 | A review of documents shows requester had received this report earlier. Requester Cancelled. | N/A |

# FY14 FOIA PROCESSING LOG

## Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **CLOSED 10/23/13** | |
| 14-05 | 10/24/13 | Robert Hammond | Correction of Medical Records | HIPPA/ Privacy Compliance Office | 10/24/13 | N/A | 10/24/13 | 10/24/13 | Request forwarded to HIPPA/Privacy Compliance office for direct response **CLOSED 10/24/13** | N/A |
| 14-06 | 11/06/13 | Robert Hammond | Copy of Dr. notes and addendum from 2011 | Medical Records and HIPPA/ Privacy Compliance | 11/06/13 | N/A | 11/06/13 | 11/06/13 | Request forwarded to HIPPA/Privacy Compliance office for direct response **CLOSED 11/06/13** | N/A |
| 14-07 | 11/8/2013 | Robert Hammond | Virtual Colonoscopy – 3/2007-5/2007 | PA/HIPPA/ FOIA/MED RECORDS | 11/8/13 | 11/29/13 | 11/22/13 | 11/22/13 | Original request (13-40) was from 7/13.  Just received response from Requester, which leads to new case # **CLOSED 11/22/13** | (B)(6) Radiology staff |

## FY14 FOIA PROCESSING LOG

### Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-08 | 11/13/2013 | Robert Hammond | DVD of Medical Records | FOIA | 11/13/13 | 11/15/13 | 11/13/13 | 11/14/13 | Contents of DVD were previously sent to requester.  Copy of Actual DVD is now being sent **CLOSED 11/19/13** | N/A |
| 14-09 | 11/12/2013 | Robert Hammond | Request for this office to forward info to Privacy Compliance Office | FOIA | 11/13/13 | N/A | 11/13/13 | 11/13/13 | Not a proper FOIA. Requester non-compliant **CLOSED 11/13/13** | N/A |
| 14-10 | 10/24/13 Date is correct. Number is out of sequence | Robert Weiler | Inquiry of IG Investigation and proper way to request FOIA | FOIA Office | N/A | N/A | 10/24/13 | 10/24/13 | Gave requester information.  No response received as of 11/25/13.  Case **CLOSED 11/25/13** | N/A |
| 14-11 | 11/12/13 | Caldwell & Kearns (On behalf of (B)(6)) | Medical Records | N/A | N/A | N/A | 11/13/13 & 11/25/13 | | **CLOSED – 2/18/2014** Law firm will send new request See folder | |

# FY14 FOIA PROCESSING LOG

## Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-12 | 12/02/13 | Liengruard, Inc. | Payment Bond for Labor and Materials | Contracting? -researching- | | | | | | |
| 14-13 | 11/08/13 Date is correct. Number is out of sequence Mixed with 14-07 request. | Robert Hammond | Accuracy of Medical Records in EHR | | | | | | Request forwarded to HIPPA/Privacy Compliance office for direct response **CLOSED 11/22/13** | This is a HIPPA matter however patient insists on having this office involved "for oversight" |
| 14-14 | 12/06/13 | David Sheldon (0n Behalf of (B)(6)) | Additional Documents | Credentials JAG | 12/16/13 1/6/2014 | 12/26/13 1/13/14 | 1/6/2014 | 2/10/2014 | **CLOSED 2/10/2014** | Released in Full |
| 14-15 | 2/6/2014 | Ed Conrad | Media Tapes from 1063 | Public Affairs Office (PAO) | 2/11/14 | | 2/11/14 | | Still awaiting PAO response. Second request sent 3/20/14 | |
| 14-16 | 2/6/2014 | Edward T. Gilligan Chief, Probation Officer/AZ | Investigative Records | FOIA Legal/ DHA | | | | | **CLOSED 3/25/2014** | Requester withdrew |
| 14-17 | 2/7/2014 | Lexis Nexis On behalf of Theodore E. Deming | Police Report | MPD | 2/11/14 | | | | Still awaiting PAO response. | |

# FY14 FOIA PROCESSING LOG

## Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Second request sent 3/20/14 | |
| 14-18 | 2/11/2014 | Woods, Michael | Persons RIF'd WRAMC from Nov 2012 & Nov 2013 | FOIA/DHA gave response | | | | | **CLOSED 3/20/2014** | No Record |
| 14-19 | 2/20/2014 | Mitchell Firm, PLLC (on behalf of (B)(6)) | Documents concerning the father's requests for information on son | FOIA Office | | | | 3/20/14 | Not a WRNMMC FOIA – referred to Army  **CLOSED** 5/30/14 | |
| 14-20 | 3/3/2014 | Life Extension | "PRIORITY" Medical Records | Legal DHA/ FOIA/PAO | | | | | **Sent request to PAO and Legal. Awaiting Response** | |
| 14-21 | 3/5/2014 | Garrett Garnet | Personnel Files | N/A | | | | | Requester Withdrawal **CLOSED 3/5/14** | |
| 14-22 | 3/24/2014 | (B)(6) | Medical Doc | Privacy Act Officer / Psychiatry | 3/24/14 | | N/A – determined to belong to NDW | 6/6/2014 | **After many rounds it was determined this should be NDW** | Not a WR FOIA request |
| 14-23 | | (B)(6) | Ref: (B)(6) (son) | CID Records | | | | | **Sent to DHA for clarification and to return to Army - Closed** | Not an agency Record |

# FY14 FOIA PROCESSING LOG
## Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-24 (27) | 4/16/2014 | Daniel Bigley | Command Investigation | Mil Dist of Wash | N/A | N/A | 4/20/14 | 4/20/14 | **Not an Agency Record. CLOSED** | Referred requester to MDW |
| 14-25 | | | | | | | | | | |
| 14-26 | | | | | | | | | | |
| 14-27 | 5/13/14 | (B)(6) (Jackson) | Investigation on (B)(6) - minor | Child Protection Service | N/A | N/A | N/A | 5/19/14 | **CLOSED 5/19/14** | B5/B7d/ |
| 14-28 | 5/13/14 | Dept of Vet Affairs on behalf of (B)(6) | Medical Records | Medical Records | | 5/23/14 | | 5/23/14 | **Records Archived - CLOSED 5/23/14** | No Record |
| 14-29 | 5/13/14 | (B)(6), (B)(6), (B)(6), (B)(6) | Investigation into family member death | JAG | 5/23/14 | 5/30/14 | | | | |
| 14-30 | 5/23/14 | Larry Lee | IG Investigation | IG <br><br> JAG - DHA | 5/23/14 <br><br> 5/30/14 | 5/30/14 | | | **See DHA-JAG email in file CLOSED 7/7/14** | B(6) |
| 14-31 | 5/23/2014 | Caldwell & Kearns, On behalf of: (B)(6) | Medical Records | Med Records Dept | 6/12/14 | 6/20/14 | 6/12/2014 | | | |
| 14-32 | 5/23/2014 | "The Herald" Attn: Bill Kohler | Medical Info on deceased | Public Affairs Sandy Dean | 6/12/14 | | | | Called Mr. Kohle to inform he needed Next of Kin permission. No response. **CLOSED 7/17/14** | |

## FY14 FOIA PROCESSING LOG

### Oct 2013 – Sep 2014

| CONTROL # | DATE RECEIVED | REQUESTOR/NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENTS | REDACTION CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 14-33 | 6/12/2014 | Steve Pratel | Investigation | IG | 6/12/14 | | | | | |