# Exhibit B

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-01 | 10/18/12 | Lexis/Nexis (on behalf of B6) | Traffic Accident Report | Security - Mr. B6 | 10/23/12 | | 10/23/12 | 11/14/12 | **CLOSED 11/14/2012** | (b)(6) |
| 13-02 | 10/18/12 | Lexis/Nexis (on behalf of B6) | Traffic Accident Report | Legal | 10/23/12 | | 10/23/12 | 11/14/12 | Legal Admin hand-carried request along with responsive docs to this office. I reviewed, made redactions and returned to Legal for final review and release recommendation. **CLOSED 11/14/2012** | (b)(6) |
| 13-03 | 11/5/12 | Roger Myerberg (on behalf of B6) | Documents to inspection/ eval/test/analy /of 23mm Medtronic Bioprosthetic valve | Contracting<br><br>Cardiology/ Cardiac Cath. Clinic | 11/05/12<br><br>11/14/12 | | 11/15/12 | | **CLOSED 12/18/2012** | |
| 13-04 | 11/7/12 | B6 | Received from DON - Redacted 1 page doc | JAG | 11/7/12 | 11/19/12 | N/A | 11/19/12 | **Closed 11/20/2012** Documents given to B6 to mail to requester | (b)(6) |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-05 | 11/15/12 | B6 | Names of companies awarded staffing contracts for nurses and various physicians | Health Care Service | 11/19/12 | 11/30/12 | 11/19/12 | 12/4/12 | **Closed 12/4/2012** Info e-mailed to requester. | N/A |
| 13-06 | 11/19/12 | B6 | Copy of NCIS report into death of B6. | N/A | | | | | **Not a proper FOIA. Requester identifies herself to be the "wife" on the request, however shows no identity to verify. Requester notified 1/14/13. CLOSED 3/5/13 - No response from requester** | |
| 13-07 | 11/19/2012 | B6 | Copy of Contract #N4008011 - F0475 | Health Care Service/ Contracting | | | | 12/11/2012 | **Case transferred to Pax River. CLOSED 12 11/2012 Final e-mails with Pax River - 2/4/2013** | |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-08 | 11/20/2012 | B6 (Jacob Gardner Office Supplies) | Names of Credit Card Holders | Contracting | | | | | CLOSED 5/28/13 | B6 |
| 13-09 | 12/3/2012 | Social Security Amin on behalf of B6 | Medical and Psychic Records. Second request. First request went to Med Records in October | Medical Records | | | | | Medical Records will respond directly to the requester CLOSED 1/14/2013 | |
| 13-10 | 12/4/2012 | B6 | EO Complaint | EO/JAG | | | | 3/4/13 | Partial Release of Information CLOSED 3/4/2013 | B-5; B-6 |
| 13-11 | 12/17/2012 | B6 | Psychiatry Records | Psychiatry | | | | | CLOSED 7/1/2013 | B-6 redaction for pseudo names |
| 13-12 | 1/24/2013 | B6 | Full Contract and amendments for contract # N00168-08-P-1372 | Contracting | | | | | CLOSED 1/28/13 - requested info e-mailed to requester | B4 & B6 |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-13 | 1/30/2013 | B6 (on behalf of B6 - minor) | Copy of any subsequent report of B6 Pediatrician and reports from Radiologist | B6 Radiology | | | | | 2/1/13- contacted B6 regarding request. B6 called back. He will contact requester and let me know. See enclosed e-mail. **CLOSED 3/20/13** | NO RECORD |
| 13-14 | 2/6/2013 Hand delivered by B6 | Lexis Nexis (on behalf of B6) | Accident Report | N/A | N/A | N/A | 2/6/2013 - via tele | 2/6/2013 - via tele | Request dated 2/6/13. Called to see if Lexis Nexis still needed info. Was informed they did not. See statement in record. **CLOSED - 2/6/2013** | |
| 13-15 | 2/6/2013 Hand delivered by B6 | | Full Operative Report from 27 June 2011 surgery | Records - Denson Healthcare - Moidel | 2/6/2013 | 2/14/2013 | 2/6/2013 | | **CLOSED 3/13/13** | RELEASED IN FULL |
| 13-16 | 2/6/2013 Hand delivered by B6 | B6 | Purchases of Kimberly-Clark Corporation from 2008 to present | Contracting | 2/6/2013 | 2/14/2013 | 2/6/2013 | 4/11/2013 | Redacted copies mailed to requester **CLOSED 4/11/2013** | (b)(5) & (b)(6) |

# FY13 FOIA PROCESSING LOG

## Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-17 | 2/6/2013 Hand delivered by B6 | Goodman, Allen & Filetti (on behalf of B6 ) | Copy of in/out Patient Records | Records | 2/7/2013 | 2/19/2013 | | | **CLOSED 7/8/2013** | Full Release |
| 13-18 | 2/6/2013 Hand delivered by B6 | Dept Vet Affairs-New Orleans (Reference - B6 ) | Treatment records, hospital summaries, findings and/or diagnosis for Heart Problem - 7/1/87 - 1/1/88 | Records | 2/7/2013 | 2/19/2013 | | | **CLOSED 7/8/2013** | No Record |
| 13-19 | 2/7/2013 | B6 | Number of breast cancer surgeries performed monthly | Patient Relations | | | | | **CLOSED 3/20/2013** | Full Disclosure |
| 13-20 | 2/26/2013 | B6 | Emails, Phone Calls, Letters, or other records "regarding" B6, and WRNMMC, NCIS, NRO(SSFA), Portsmouth Naval Hospital and NAVCONBRIG Chesapeake. | N/A | N/A | N/A | 2/5/2013 | | Initial response - Need to know not specified. **CLOSED 6/11/2013 No response from requester** | No response from Requester |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-21 | 3/13/2013 | B6 | 12 month Purchase Card history | Contracting | 3/20/2013 | 3/29/2013 | 3/20/2013 | | | |
| 13-22 | 3/20/2013 | Robert Hammond | Lab Report/ Computer Printout - Value that would have existed in the computer between 12/23/ - 12/29/2013 | | | | | | Sent back to requester. Request unclear. Which Lab? or is report generated by IT? **CLOSED 6/11/2013** | Released all info in full |
| 13-23 | 3/21/2013 | B6 (CAPT, USN) | IG Investigation Report | IG and Investigating Officer | 3/21/2013 | 3/29/2013 | 3/20/2013 | | Office of the Navy Inspector General took control of this request - see e-mails 4/9/ - 4/10/2013.  I call B6 twice requesting official letter but she has not sent one.  **CLOSED 4/10/2013** | Non- Official Transfer (ONIG just took the case). |
| 13-24 | 4/24/2013 | B6 | CHCS Report | Medical Records | 4/23 | 4/30/2013 | 4/24/2013 | | **CLOSED 5/28/13** | Full Release |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-25 | 4/11/2013 | People for the Ethical Treatment of Animals (PETA) B6 | 2012-present records on the use of living and/or dead animals during training on Intuitive Surgical's da Vinci Surgical System | Walter Reed Army Institute of Research (WRAIR) | 4/17/2013 | N/A - Transferred to WRAIR - not a WRNMMC Case | 4/17/2013 | 4/17/2013 | Took awhile to find the office to send request to at WRAIR. Website give office of PAO but that office gave another number to an office that didn't exist. 5/8/2013 found B6 at USARMC - Ft. Detrick Transferred request. Requester notified. **CLOSED 5/8/2013** | TRANSFER |
| 13-26 | 4/24/2013 | Robert Hammond | Medical records 12/2011 to 8/2012 AND in/out and emergency records from 2/21/2012 AND all records after 2/21/2012 AND copies of DD form 2870 submitted 2/21/2012 to 5/30/2012 | Medical Records | 4/30/2013 | 5/13/2013 | 4/30/2013 | | **CLOSED 5/23/2013** | Released all received info in FULL |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-27 | 4/25/2013 | Calloway, LLC on behalf of B6 for her sister B6 | EEO Settlement Case paid in Aug 2012. Want documentation. | EEO | 4/30/2013 | 5/13/2013 | 4/30/2013 | 5/23/2013 | CLOSED 5/23/2013 Transferred to NARMC - Ft Belvoir | |
| 13-29 | 4/26/2013 | B6 | Medical records - 1991 through 1995 | Medical Records | | | | | CLOSED 5/28/13 | No Record Requester is to contact NPRC for documents |
| 13-30 | 4/30/2013 | B6 | All correspondence relevant to case of US -vs- B6 from 28 Dec 2000 to 31 Jan 2002 | NCIS | | | | CLOSED 7/8/2013 | | (b)(6) |
| 13-31 | 4/30/2013 | Instrument Specialists, Inc | Evaluation, rating for each factor, and overall rating of ISI proposal AND WRNMMC | Contracting | 4/30/2013 | 5/20/2013 | 5/2/2013 | | | |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Contract and total scope of work for contract # RFQ763072 | | | | | | | |
| 13-32 | 5/1/2013 | Dept of Vet Affairs on behalf of B6 | Treatment records, hospital summaries, findings and/or diagnoses - Jun thru Jul 2005 | Records | 5/2/2013 | 5/8/2013 | 5/2/2013 | 5/8/2013 | Short suspense - Special request from VA. PAD already responded. NO RECORD. CLOSED 5/8/2013 | |
| 13-33 | Out of sequence 4/16/2013 | FOIA GROUP - Attn: B6 | Copy of contract #N0016812F7642 (SOW, Mods, Co Name, end user name and CTOR name) | Contracting | 4/16/2013 | 5/3/2013 | 5/8/2013 | | No response from dept by suspense date. 5/8/2013 second request for docs sent to dept. CLOSED 5/24/2013 | (b)(6) |
| 13-34 | 5/13/2013 | B6 | Documents regarding his pay | N/A | N/A | N/A | N/A | 5/23/2013 | NOT A PROPER FOIA CLOSED 5/23/2013 | |
| 13-35 | 5/28/2013 | B6 | NCIS Report | Armed Forces Center for Child Protection | 6/13/2013 (B6) | N/A | 6/13/2013 | 6/13/2013 | Spoke with B6, - Request is denied in full CLOSED 7/8/2013 | (b)(6) and (b)(7) |

# FY13 FOIA PROCESSING LOG

## Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-36 | 5/24/2013 | B6 | 1. communications /documents with or from DFAS 2. E-mail/etc regarding pay 3. Copy of DD Form 2654 sent to DFAS | Finance and Accounting Office | 7/1/2013 | 7/11/2013 | 7/1/2013 | | | |
| 13-37 | 5/13/2013 | B6 | AHLTA report from 1 Dec 2011 through 20 Mar 2013 | HIPPA/ Privacy Office | 7/1/2013 | 7/1/2013 | 7/1/2013 | 7/1/2013 | Received copy of requested items from HIPPA/Privacy Office. Redacted sponsor SSN only. CLOSED 7/1/2013 | (b)(6) |
| 13-38 | 7/3/2013 | B6 | Unclear request - Security Clearance?? | N/A | N/A | N/A | 7/11/2013 | 7/11/2013 - Via tele con w/requester | Requester is a Contractor. She will contact her HR and Security Admin here to resolve request. CLOSED 7/11/2013 | N/A Request unclear. |
| 13-39 | 6/25/2013 | Robert Hammond | Lab Report/ Computer Printout - Value that would have existed in the computer between 12/23/ - 12/29/2013 | Records/ FOIA | Ms. Denson and I emailed regarding this request. Info already sent to requester. | | N/A | 7/11/2013 | Letter sent to requester 7/11/13. Asked and answered from case #13-22. CLOSED 7/18/2013 | |

# FY13 FOIA PROCESSING LOG
## Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-40 | 6/25/2013 | Robert Hammond | Radiology and Dermatology Record along with phone consults | Records/ FOIA | Ms. Denson and I emailed regarding this request. Info already sent to requester. | | N/A | 7/11/2013 | Letter sent to requester 7/11/13. Asked and answered from case #13-22. **CLOSED 7/18/2013** | |
| 13-41 | 6/25/2013 | Robert Hammond | Copies of DD Form 2870's (3) | Records/ FOIA | Ms. Denson and I emailed regarding this request. Info already sent to requester. | | N/A | 7/11/2013 | Letter sent to requester 7/11/13. Asked and answered from case #13-22. **CLOSED 7/18/2013** | |
| 13-42 | 6/25/2013 | B6 | Copies of "all pertinent documents of case #B6. | FOIA | N/A | N/A | N/A | 7/11`/2013 | Denial - No written/justified reason to know info in another file. **CLOSED 7/18/2013** | B-6 & B-7 |
| 13-43 | 6/25/2013 | Robert Hammond | Name and other identifying information for the 1:1 Sitters assigned to him on Dec 25, 2011 at 2215. | FOIA Office | N/A | N/A | 7/17/2013 | 7/17/2013 | Not a proper FOIA - no will pay statement. **Information not provided in record. We do not "create" records to answer requests. CLOSED 7/17/2013** | |

# FY13 FOIA PROCESSING LOG
## Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-44 | 6/25/2013 | Robert Hammond | Notes made by CAPT Curt Henry regarding hospital care from 24-26 Dec 2011 | FOIA Office | N/A | N/A | 7/17/2013 | 7/17/2013 | Information not provided in record. We do not "create" records to answer requests. **CLOSED 7/17/2013** | B-6 |
| 13-45 | 6/25/2013 | B6 | Investigation documents for his daughter " B6 " | | | | 7/23/2013 | | Awaiting response from requester **CLOSED 9/25/2013** | No response from requester |
| 13-46 | 6/20/2013 | B6 | NCIS & JAG Investigation of the Death of B6 | FOIA Office | N/A | N/A | 7/23/2013 | | Awaiting response from requester **CLOSED 9/25/2013** | Certified Mail returned - "UNCLAIMED" |
| 13-47 | 6/20/2013 | B6 | NCIS & JAG Investigation of the B6 | FOIA Office | N/A | N/A | 7/23/2013 | | Awaiting response from requester **CLOSED - 9/19/2013** | No response from requester |
| 13-48 | 6/20/2013 | B6 | NCIS & JAG Investigation of the Death of B6 | FOIA Office | N/A | N/A | 7/23/2013 | | Awaiting response from requester **CLOSED 9/25/2013** | Certified Mail returned - "UNCLAIMED" |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-49 | 7/11/2013 | Archauleta/ Alsaffar & Higginbothan on behalf of B6 | Employment status of Dr. B6 | H/R | 1/17/2013 | 7/22/2013 | 7/17/2013 | | Requester also want to know if Dr is protected under the Federal Tort Claims Act **CLOSED 7/22/2013** | - No written letter from B6 agreeing to have info forwarded to this law firm (b)(6) |
| 13-50 | 7/11/2013 | Archauleta/ Alsaffar & Higginbothan on behalf of B6 | Employment status of Drs. B6 and B6 | H/R | 1/17/2013 | 7/22/2013 | 7/17/2013 | | Requester also want to know if Dr is protected under the Federal Tort Claims Act **CLOSED 7/22/2013** | No written letter from B6 agreeing to have info forwarded to this law firm (b)(6) |
| 13-51 | | Joseph E. Schmitz, PLLC (on behalf of B6 | Investigative Report and back-up documents | Legal | | | | | | |
| 13-52 | 8/27/2013 | Joseph Schmitz, PLLC (on behalf of B6 ) | MOU, Shared agreement or similar docs between USUHS & WRNMMCE relating to B6 | Contracting, Radiology, Legal | 9/19/2013 | | 8/27/2013 | | | |
| 13-53 | 8/12/2013 | Robert ond, | Records describing **SOP** or treatment protocol for symptomatic | Dept of Medicine | 9/23/2013 | 9/27/2013 | 9/23/13 | N//A – CASE HELD WITHOUT ACTION DUE TO LITIGATION | No further actions requested after litigation – No response given to requester. | |

# FY13 FOIA PROCESSING LOG

## Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | acute Hyponatremia | | | | | | **CLOSED – 9/29/2014** | |
| 13-54 | 8/16/2013 | B6 | Records of Refurbishment of the Autopsy room from 1966 | Autopsy Room | | | | 10/7/2013 | No Record. requester referred to National Archives **CLOSED 10/7/2013** | NO RECORD |
| 13-55 | 8/23 | Robert Hammond (processing held due to litigation) – informed to now process | ID of persons who accessed his laboratory records between 12/26/11 & 1/3/12 | CHCS?? | 9/25/2013 | 10/18/2013 | | 10/10/2013 | Documents received from IT 10/9/2013 **CLOSED 10/10/2013** | Released in full |
| 13-56 | 8/23 | Robert Hammond (processing held due to litigation) | Numbers paged, text of those pages, ID of docs associated with each page & responses to pages on 12/26/2011 initiated by ANL 2LT Angela N. Leung | Telecom | | | | N//A – CASE HELD WITHOUT ACTION DUE TO LITIGATION | No further actions requested after litigation – No response given to requester. **CLOSED – 9/29/2014** | |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-57 | 9/9/13 | B6 | Service Contract of A.R.T Institute of Wash, Inc w/ WRNMMC along with number of people who reside in MD,VA or Washington who utilized IVF and ICSI, of the WRAMC Division of Reproductive Endocrinology and Infertility - 2000 to present | Contracting and/or Endocrynology | | | | | | |
| 13-58 | 9/9/13 | B6 | Terms of employment for B6 from 1/12 - 9/12 | Behavioral Health Unit | | | | | | |
| 13-59 | 9/11 | B6 | medical records which may have been opened and read without authorization | N/A | | | | | Return to sender. Too broad. She must specify | **Closed 9/15/ 2014** No Response From Requester |
| 13-60 | 9/12 | B6 | Psych Records regarding Security Investigation. | Dept of Psychiatry | 9/12/13 | 9/30/13 | | 10/7/2013 | DENIED - Per 10 USC 1102- Confidentiality of Records – Medical Quality Assurance | N/A |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Records. Section (a) and Section (f) **CLOSED 10/7/2013** | |
| 13-61 | 9/16/13 | Dean Swartz, Esq (on behalf of B6) | WRNMMC protocols for diagnosis and treatment of STEMI; providers & Supervisor for B6 care while in ICE; Cath Lab results. | LEGAL - B6 | N/A | N/A | 9/16/2013 | 9/16/2013 | This request was sent directly to B6 from Navy JAG Claim Unit in Norfolk, VA. I informed the requester that JAG would respond directly. See e-mail in folder **CLOSED 9/16/2013** | N/A |
| 13-62 | 9/19/2013 | B6 | | IG | 9/25/2013 | 10/9/2013 | 9/25/2013 | | | |
| 13-63 | 9/19/2013 | Adelman, Sheff & Smith (on behalf of B6) | Payroll/work attendance records from 8/26/11-3/30/12 | Payroll | 9/25/2013 | 10/9/2013 | 9/25/2013 | | **CLOSED 9/15/2014** No response from Requester | |
| 13-64 | 9/19/2013 | LexisNexis (on behalf of B6) | Military Police Accident Report | | 9/25/2013 | 10/9/2013 | 9/25/2013 | | | |

# FY13 FOIA PROCESSING LOG

Oct 2012 - Sep 2013

| CONTROL # | DATE RECEIVED | REQUESTOR/ NAME | SUBJECT/TITLE | ACTION OFFICE | DATE TO ACTION OFFICE | ACTION OFFICE SUSPENSE DATE | INITIAL RESPONSE TO REQUESTER | FINAL RESPONSE TO REQUESTER | COMMENT | REDACTION CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-65 | 9/19/2013 | LexisNexis (on behalf B6) | Military Police | Accident Report | 9/25/2013 | 10/9/2013 | 9/25/2013 | | **CLOSED 9/30/2014** | Closed per requester's |
| 13-66 | 9/11/2013 Opened 9/23/2013 | B6 | Procedures and/or treatment guidelines for Calmare Scrambler Technology device | Pain Clinic | | | | | **CLOSED 9/29/2014** | RELEASED IN FULL ( link to company which supplies product) |
| | | | | | | | | | | |
| 13-68 | 9/23/2013 | B6 | Command Investigation (QUANTICO) | JAG/ LEGAL Attn: B6 | N/A | N/A | N/A | N/A | B6 called for Case Tracking Number ONLY. He says he is personally handling this case in the Legal office. | |
| 13-69 | 9/26/2013 | SA Nereida Matthew-Davis (on behalf of B6) | Investigation for employment | Psychiatry (B6) | 9/26/2013 | 9/26/2013 | 9/23/2013 Having trouble finding respondent | 9/26/2013. | Info sent to B6 B6 9/26/2013. She will respond directly to B6. **CLOSED 9/26/2013** | |