# Exhibit C

*FOIA REPORTING CHAIN*

## Bizzell, Judy J CIV DHA NCR MEDICAL DIR (US)

| | |
|---|---|
| From: | Bizzell, Judy J CIV US WRNMMC |
| Sent: | Thursday, January 24, 2013 1:07 PM |
| To: | 'DONFOIA-PA'; Patterson, Robin L CIV OPNAV, DNS-36 |
| Cc: | Garcia, Délla W. GS BUMED; Bizzell, Judy J CIV US WRNMMC |
| Subject: | FY13 1st FOIA Quarterly Report |

FY13 FOIA Quarterly REPORTING M

Quarter: 1st Quarter FY13
Department Name: Walter Reed National Military Medical Center
a) FOIA requests received during quarter: 12
b) FOIA requests processed during quarter: 7
c) FOIA backlog at end of quarter: 4
d) Status of 10 oldest backlogged cases reported on FY12 report -N/A

V/R

Judy J. Bizzell
(301) 400-2315

-----Original Message-----
From: Shaw, Phyllis CIV OPNAV, DNS-36C [mailto:mary.p.shaw@navy.mil] On
Behalf Of DONFOIA-PA
Sent: Thursday, January 24, 2013 12:29 PM
To: Patterson, Robin L CIV OPNAV, DNS-36
Subject: DRAFT----------------------REMINDER: Action Item due Jan 25th –
SOP - FOIA Quarterly Reports and Consolidation process
Importance: High

DON/Marine Corps FOIA Community,

This is a friendly reminder that the FOIA Quarterly Report is rapidly
approaching along with the wintery weather conditions. The DON/MC
consolidated submission is due to DNS-36 by COB tomorrow.

Echelon I/II's and Marine Corps, please coordinate with your subcomponents
(same premise as the FOIA Annual Reporting process), consolidate the
component data and provide your consolidated component response in the
attached format. You may use the attached format to collect your
subcomponents data. If you would like the master loader format to assist
you in consolidating your responses, please contact our office thru the
DONFOIA-PA mailbox or the service line at 202-685-0412, my FOIA team will
expedite your request.

For those DON/MC community members fully vested in the DON/MC (NAVSEA) FOIA
tracker and management tool, please find the attached SOP on how you can
generate this data within the tool. This SOP provides you with visual step
by step instructions.

*EXHIBIT*

1

*FOIA REPORTING CHAIN*

## Bizzell, Judy J CIV DHA NCR MEDICAL DIR (US)

| | |
|---|---|
| From: | Bizzell, Judy J CIV US WRNMMC |
| Sent: | Monday, February 11, 2013 3:17 PM |
| To: | 'DONFOIA-PA'; Garcia, Delia W. GS BUMED |
| Cc: | Bizzell, Judy J CIV US WRNMMC |
| Subject: | RE: DUE 2/11/2013 - DATA CALL - Requests regarding Sexual Assault; Requests from Mr. Glen Milner |

Good afternoon - Please be advised that WRNMMC is no record of documents
responsive to the two DATA CALL items listed below.

Respectfully,

Judy J. Bizzell
By Direction

-----Original Message-----
From: Portner, Joshua M CTR OPNAV, DNS-36
[mailto:joshua.portner.ctr@navy.mil] On Behalf Of DONFOIA-PA
Sent: Friday, February 08, 2013 10:18 AM
To: Adams, Holly A CIV ONR, 01IG; Aguon, Lisa S. CIV CPF N00J; Alvers, Linda
J CIV USFF, N01P; Bates, Michael M CAPTAIN FORCE JUDGE ADVOCATE, PENSACOLA;
Barnett, Lisa A CIV FRCSE, JAX 11.0; Best, Genevieve M CIV NAVSEA, SEA COS;
Bizzell, Judy J CIV US WRNMMC; Brown, Idrelia R CIV NAVSEA, SEA COS;
Callaham, Alicie B CIV Code 14; Carilli, Joseph ; Chase-Ramsey, Patricia E
CIV NAVINSGEN, N00KS; Christensen, April A. CIV DGC, WASH NAVY YARD;
Claussen, Roger R CIV CORB, CORB; Clemons, Karen R CIV DON/AA; Coley, Anita
M CIV Code 40; Connor, Chris D LCDR OJAG, CODE 20; Crawford, Debra M CTR PSD
Kitsap, N14; Crowther, Norma CIV; Cusack, Christina M CIV NCIS, Code 00L;
Davis, Kimberly A CIV FRCSE, JAX 11.0; Dickinson, John M CIV CNIC HQ, N00;
Dolan, Ginger CIV NAVSEA, SEA 09P; Donovan, Janet R RDML DJAG (RA&O);
Dronberger, Hal H OJAG Code 15; Edwards, Rebecca L CIV NSWC, PCD; Ellis,
Brian J LCDR COMNECC, N02L; Erdmann, Eric T CIV (PMRF); Evans, Richard A
LCDR COMUSNAVSO, N3; Fischer, Jeff A CAPT NAVINSGEN, N00L; Ford, Felecia M
CIV OJAG, CODE 11; Fox, Ruth A, CIV NAVCYBERFOR; Galindez, Peter D CDR
ASN(M&RA), SAML; Garcia, Delia W. GS BUMED; Gauzer, Thomas J CIV OJAG, CODE
15; German, David Paul CIV; Patrick.Gibbons@me.navy.mil; Gonzalez, Maria E
CIV code 20 40; Gray, Alison L CIV OCHR, 00E; Haagensen, Katharine J LT RLSO
HAWAII, PEARL HARBOR; Hamlin, Donna M CIV NAVSEA, SEA COS; Harrison, Dave M
CAPT RLSO SW, SAN DIEGO; Harrity, Nancy E CIV CHINFO, OI-8; Harwell, Vinez N
CIV NAVSAFECEN, 055D; Haws, Matt CIV RLSO NDW; Hayes, Michael W CIV OGC,
NLO; Higgins, Holly ; Hoffman, James R LCDR OPNAV, N09; Holder, Stacey D CIV
NAVFAC HQ, FM; Hughes, Sally LCDR OJAG; James, Susan C CIV SPAWAR, 35000;
Johnson, Lisa J. CIV FRCSE, JAX 11.0; Jones, Daniel A, NAVHISTHERITAGECOM;
Jones, Nancy B CIV NAVSAFECEN, 055R; King, Joseph; Kohlmeyer, Daniel ;
Lattin, Grant E CIV OJAG, CODE 14; Lawson, Susan E CIV CNRMC, CNRMC; Layne,
Mike LCDR CNIC HQ, N00; Leme, Luis CIV ONRA, 00CC; Leonard, Patricia A CIV
Code 15; LePage, Laura L CIV NAVFAC MIDLANT, Staff; Lippolis, Lawrence CIV
NAVINSGEN, N00K; Major, Lou CIV NAVAUDSVC; Manley, Crystal D CTR OPNAV,

$\mathcal{EX}$

1

FOIA Reporting Chain

## Bizzell, Judy J CIV DHA NCR MEDICAL DIR (US)

| | |
|---|---|
| From: | Bizzell, Judy J CIV US WRNMMC |
| Sent: | Wednesday, August 28, 2013 11:56 AM |
| To: | 'DONFOIA-PA' |
| Cc: | Bizzell, Judy J CIV US WRNMMC |
| Subject: | RE: DATA CALL - RESPONSE DUE NLT 1200 EDT 29 AUG 2013 |
| Signed By: | judy.bizzell@us.army.mil |

Negative Response.

Respectfully,

Judy J. Bizzell
By Direction

Freedom of Information Act Officer
Walter Reed National Military Medical Center
8900 Wisconsin Avenue
Bethesda. MD 20889
(301) 400-2315

-----Original Message-----
From: Portner, Joshua M CTR OPNAV, DNS-36
[mailto:joshua.portner.ctr@navy.mil] On Behalf Of DONFOIA-PA
Sent: Tuesday, August 27, 2013 11:58 AM
To: Adams, Holly A CIV ONR, 01IG; Aguon, Lisa S. CIV CPF N00J; Alvers, Linda
J CIV USFF, N01P; Bates, Michael M CAPTAIN FORCE JUDGE ADVOCATE, PENSACOLA;
Barnett, Lisa A CIV FRCSE, JAX 11.0; Best, Genevieve M CIV NAVSEA, SEA COS;
Bizzell, Judy J CIV US WRNMMC; Brown, Idrella R CIV NAVSEA, SEA COS;
Callaham, Alicle B CIV Code 14; Carilli, Joseph; Chase-Ramsey, Patricia E
CIV NAVINSGEN, N00KS; Christensen, April A. CIV DGC, WASH NAVY YARD;
Claussen, Roger R CIV CORB, CORB; Clemons, Karen R CIV DON/AA; Coley, Anita
M CIV Code 40; Connor, Chris D LCDR OJAG, CODE 20; Crawford, Debra M CTR PSD
Kitsap, N14; Crowther, Norma CIV; Cusack, Christina M CIV NCIS, Code 00L;
Davis, Kimberly A CIV FRCSE, JAX 11.0; Dickinson, John M CIV CNIC HQ, N00;
Dolan, Ginger CIV NAVSEA, SEA 09P; Donovan, Janet R RDML DJAG (RA&O);
Dronberger, Hal H OJAG Code 15; Edwards, Rebecca L CIV NSWC, PCD; Ellis,
Brian J LCDR Expeditionary Strike Group FIVE, Legal; Erdmann, Eric; Evans,
Richard A LCDR COMUSNAVSO, N3; Fischer, Jeff A CAPT OJAG, CODE 51; Ford,
Felecia M CIV OJAG, CODE 11; Fox, Ruth A, CIV NAVCYBERFOR; Garcia, Della W.
GS BUMED; Gauzer, Thomas J CIV OJAG, CODE 15; German, David Paul CIV;
Gibbons, Patrick J CDR JAGC, USN; Gray, Alison L CIV OCHR, 00E; Haagensen,
Katharine J LT RLSO HAWAII, PEARL HARBOR; Hamlin, Donna M CIV NAVSEA, SEA
COS; Harrison, Dave M CAPT RLSO SW, SAN DIEGO; Harrity, Nancy E CIV CHINFO,
OI-8; Harwell, Vinez N CIV NAVSAFECEN, 055D; Hayes, Michael W CIV OGC, NLO;
Higgins, Holly; Hoffman, James R LCDR OPNAV, N09; Holder, Stacey D CIV
NAVFAC HQ, FM; Hughes, Sally CIV HQMC, ARS; James, Susan C CIV SPAWAR,

EX

1

FDIA REPORTING CHAIN

## Bizzell, Judy J CIV DHA NCR MEDICAL DIR (US)

| | |
|---|---|
| **From:** | Bizzell, Judy J CIV US WRNMMC |
| **Sent:** | Tuesday, October 08, 2013 1:41 PM |
| **To:** | 'DONFOIA-PA@navy.mil' |
| **Cc:** | 'Portner, Joshua M CTR OPNAV, DNS-36'; Franz, Charles P US CPT USA; Bizzell, Judy J CIV US WRNMMC |
| **Subject:** | RE: RESPONSE DUE NLT COB WEDNESDAY 10/9/2013 -- RE: ONGOING DATA CALL - Sept 16 WNY Event/Aaron Alexis |
| **Signed By:** | judy.bizzell@us.army.mil |

NEGATIVE response from WRNMMC.

V/R,

Judy J. Bizzell
By Direction

Freedom of Information Act Officer
Walter Reed National Military Medical Center
8900 Wisconsin Avenue
Bethesda. MD 20889
(301) 400-2315

-----Original Message-----
From: Portner, Joshua M CTR OPNAV, DNS-36
[mailto:joshua.portner.ctr@navy.mil]
Sent: Tuesday, October 08, 2013 11:36 AM
To: Adams, Holly A CIV ONR, BD04C; Aguon, Lisa S. CIV CPF NOOJ; Alvers,
Linda J CIV USFF, N01P; Bates, Michael M CAPTAIN FORCE JUDGE ADVOCATE,
PENSACOLA; Barnett, Lisa A CIV FRCSE, JAX 11.0; Best, Genevieve M CIV
NAVSEA, SEA COS; Bizzell, Judy J CIV US WRNMMC; Brown, Idrella R CIV NAVSEA,
SEA COS; Callaham, Alicie B CIV Code 14; Carilli, Joseph; Chase-Ramsey,
Patricia E CIV NAVINSGEN, N00KS; Christensen, April A. CIV DGC, WASH NAVY
YARD; Claussen, Roger R CIV CORB, CORB; Clemons, Karen R CIV DON/AA; Coley,
Anita M CIV Code 40; Connor, Chris D LCDR OJAG, CODE 20; Crawford, Debra M
CTR PSD Kitsap, N14; Crowther, Norma CIV; Cusack, Christina M CIV NCIS, Code
00L; Davis, Kimberly A CIV FRCSE, JAX 11.0; Dickinson, John M CIV CNIC HQ,
N00; Dolan, Ginger CIV NAVSEA, SEA 09P; Donovan, Janet R RDML DJAG (RA&O);
Dronberger, Hal H OJAG Code 15; Edwards, Rebecca L CIV NSWC, PCD; Ellis,
Brian J LCDR Expeditionary Strike Group FIVE, Legal; Erdmann, Eric ; Evans,
Richard A LCDR COMUSNAVSO, N3; Fischer, Jeff A CAPT OJAG, CODE 51; Ford,
Felecia M CIV OJAG, CODE 11; Fox, Ruth A, CIV NAVCYBERFOR; Garcia, Della W.
GS BUMED; Gauzer, Thomas J CIV OJAG, CODE 15; German, David Paul CIV;
Gibbons, Patrick J CDR JAGC, USN; Gray, Alison L CIV OCHR, 00E; Haagensen,
Katharine J LT RLSO HAWAII, PEARL HARBOR; Hamlin, Donna M CIV NAVSEA, SEA
COS; Harrison, Dave M CAPT RLSO SW, SAN DIEGO; Harrity, Nancy E CIV CHINFO,
OI-8; Harwell, Vinez N CIV NAVSAFECEN, 055D; Hayes, Michael W CIV OGC, NLO;

$Ex^{\cdot}$

1

FOIA REPORTING CHAIN

## Bizzell, Judy J CIV DHA NCR MEDICAL DIR (US)

| | |
|---|---|
| From: | Bizzell, Judy J CIV US WRNMMC |
| Sent: | Thursday, October 10, 2013 11:36 AM |
| To: | 'Nadine.Brown@dha.mil' |
| Cc: | Bizzell, Judy J CIV US WRNMMC |
| Subject: | FW: FOIA OFFICE STAND-DOWN |
| Signed By: | judy.bizzell@us.army.mil |

Hi Nadine - In follow-up to our conversation, below, please see instruction
from Department of Navy for FOIA Office stand-down.

Awaiting your office instructions...

Best Regards,
Judy

-----Original Message-----
From: Portner, Joshua M CTR OPNAV, DNS-36
[mailto:joshua.portner.ctr@navy.mil]
Sent: Thursday, October 10, 2013 10:57 AM
To: Adams, Holly A CIV ONR, BD04C; Aguon, Lisa S. CIV CPF N00J; Alvers,
Linda J CIV USFF, N01P; Bates, Michael M CAPTAIN FORCE JUDGE ADVOCATE,
PENSACOLA; Barnett, Lisa A CIV FRCSE, JAX 11.0; Best, Genevieve M CIV
NAVSEA, SEA COS; Bizzell, Judy J CIV US WRNMMC; Brown, Idrelia R CIV NAVSEA,
SEA COS; Callaham, Alicle B CIV Code 14; Carilli, Joseph; Chase-Ramsey,
Patricia E CIV NAVINSGEN, N00KS; Christensen, April A. CIV DGC, WASH NAVY
YARD; Claussen, Roger R CIV CORB, CORB; Clemons, Karen R CIV DON/AA; Coley,
Anita M CIV Code 40; Connor, Chris D LCDR OJAG, CODE 20; Crawford, Debra M
CTR PSD Kitsap, N14; Crowther, Norma CIV; Cusack, Christina M CIV NCIS, Code
00L; Davis, Kimberly A CIV FRCSE, JAX 11.0; Dickinson, John M CIV CNIC HQ,
N00; Dolan, Ginger CIV NAVSEA, SEA 09P; Donovan, Janet R RDML DJAG (RA&O);
Dronberger, Hal H OJAG Code 15; Edwards, Rebecca L CIV NSWC, PCD; Ellis,
Brian J LCDR Expeditionary Strike Group FIVE, Legal; Erdmann, Eric ; Evans,
Richard A LCDR COMUSNAVSO, N3; Fischer, Jeff A CAPT OJAG, CODE 51; Ford,
Felecia M CIV OJAG, CODE 11; Fox, Ruth A, CIV NAVCYBERFOR; Garcia, Della W.
GS BUMED; Gauzer, Thomas J CIV OJAG, CODE 15; German, David Paul CIV;
Gibbons, Patrick J CDR JAGC, USN; Gray, Alison L CIV OCHR, 00E; Haagensen,
Katharine J LT RLSO HAWAII, PEARL HARBOR; Hamlin, Donna M CIV NAVSEA, SEA
COS; Harrison, Dave M CAPT RLSO SW, SAN DIEGO; Harrity, Nancy E CIV CHINFO,
OI-8; Harwell, Vinez N CIV NAVSAFECEN, 055D; Hayes, Michael W CIV OGC, NLO;
Higgins, Holly; Holder, Stacey D CIV NAVFAC HQ, FM; Hughes, Sally CIV HQMC,
ARS; James, Susan C CIV SPAWAR, 35000; Johnson, Lisa J. CIV FRCSE, JAX 11.0;
Jones, Daniel A, NAVHISTHERITAGECOM; Jones, Nancy B CIV NAVSAFECEN, 055R;
King, Joseph; Lattin, Grant E CIV OJAG, CODE 14; Lawson, Susan E CIV CNRMC,
CNRMC; Layne, Mike LCDR CNIC HQ, N00; Leme, Luis P CIV.ONR, ONRA; Leonard,
Patricia A CIV Code 15; LePage, Laura L CIV NAVFAC MIDLANT, Staff; Lippolis,
Lawrence CIV NAVINSGEN, N00K; Major, Lou CIV NAVAUDSVC; Manley, Crystal D
CTR OPNAV, DNS-36; Mastowski, Kristen ; Melo, Kelly L CIV NUWC NWPT; Obrien,
Mark CIV NAVINSGEN, N00K1; Oppenheimer, Nanette L CIV NAVSEA, SEA 00L;

$EX -$

1