Exhibit D

**From:**      Logeman, Judy A CIV US WRNMMC
**To:**        Bizzell, Judy J CIV US WRNMMC
**Subject:**   RE: FOIA Request WRNMC #14-R
**Date:**      Saturday, May 24, 2014 10:36:28 AM

Judy,

I do not completely understand item #1.

V/R
Judy

Judy A. Logeman

Healthcare Resolutions Program
Walter Reed National Military Medical Center
8900 Wisconsin Ave
Bethesda, MD 20889-0001

O:  301.400.2763
BB: 202.290.7271
judy.a.logeman.civ@health.mil


-----Original Message-----
From: Bizzell, Judy J CIV US WRNMMC
Sent: Friday, May 23, 2014 7:30 PM
To: Franz, Charles P US CPT USA; Moidel, Barbara I CIV US WRNMMC; Floyd,
Cornell J CIV US WRNMMC; 'Logeman, Judy A CIV US WRNMMC'; 'matthew.';
Davidge, Joe E CIV US WRNMMC; McCall, Thurman S CTR US WRNMMC; Logeman, Judy
A CIV US WRNMMC; Floyd, Cornell J CIV US WRNMMC; Roush, Matthew R LT OJAG,
Code 14 (matthew.roush@navy.mil); Henry, Kurt A. CAPT BUMED; Bernstein, Dina
L CIV US WRNMMC
Cc: Bizzell, Judy J CIV US WRNMMC
Subject: FW: FOIA Request WRNMC #14-R

Good evening all - Below and attached is a 20 page document from Mr. Robert
Hammond.  Of those pages, the FOIA request is actually only for the
following:

    1.  "I am requesting all records of disclosure of the information in
the
emails to other than those listed on the email, to include any forwarding of

the email to another party by any of the addressees and any verbal
disclosure
by any of the addressees."

    2.  "I am requesting photocopies of the front side disk labels of
both the
original and the copy of the DVDs containing my medical records that are in
WRNMMC FOIA Office custody and that each image be labeled as to whether it
is
the original that I provided to Ms. Logeman or the copy made for the FOIA
Office."

You need only be concerned with item #1 as this office will answer Mr. Hammond
on item #2.

This request, along with three others from Mr. Hammond was found in my "junk"
mail box today.  Your earliest response will be appreciated.

Respectfully,

Judy
(301) 400-2315
-----Original Message-----
From: perseverance2013@aol.com [mailto:perseverance2013@aol.com]
Sent: Monday, April 28, 2014 5:37 AM
To: Bizzell, Judy J CIV US WRNMMC
Subject: FOIA Request WRNMMC #14-R

Dear Ms. Bizzell,

Please see attached. Your FAX machine is not connected.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Cornell.J.Floyd.civ@health.mil

Requester Control Number: FOIA WRNMC #14-B

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
            President and U.S. General Services Administration of July 2011, "Your Right
            to Federal Records"
        (b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
        (c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
            Program
        (d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

For the person identified by the email address Cornell.J.Floyd.civ@health.mil, I am seeking the
following information as permitted by reference (b):

DoD 5400.1l-R, May 14,200, C4.2.2.S.1. DoD Civilian Employees:
        C4.2.2.S.1.1.1. Name.
        C4.2.2.S.1.1.2. Present and past position titles.
        C4.2.2.S .1.1.3. Present grade.
        C4.2.2.S.1.1.4. Present annual salary rate.
        C4.2.2.S.1.1.S. Present and past duty stations.
        C4.2.2.S. 1.1.6. Office and duty telephone number.
        C4.2.2.S.1.1. 7. Current Position Description.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request. Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Judy.J.Bizzell.civ@health.mil

Requester Control Number: FOIA WRNMC #14-C

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
            President and U.S. General Services Administration of July 2011, "Your Right
            to Federal Records"
           (b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
           (c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
            Program
           (d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522
and. If you deny all or any part of this request, please cite each specific exemption you think
justifies your refusal to release the information and notify me of appeal procedures available
under the law.

For the person identified by the email address Judy.J.Bizzell.civ@health.mil, I am seeking the
following information as permitted by reference (b):

DoD 5400.1l-R, May 14,200, C4.2.2.S.1. DoD Civilian Employees:
        C4.2.2.S.1.1.1. Name.
        C4.2.2.S.1.1.2. Present and past position titles.
        C4.2.2.S .1.1.3. Present grade.
        C4.2.2.S.1.1.4. Present annual salary rate.
        C4.2.2.S.1.1.S. Present and past duty stations.
        C4.2.2.S. 1.1.6. Office and duty telephone number.
        C4.2.2.S.1.1. 7. Current Position Description.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request. Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Barbara.I.Moidel.civ@health.mil

Requester Control Number: FOIA WRNMC #14-D

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

For the person identified by the email address Barbara.I.Moidel.civ@health.mil, I am seeking the
following information as permitted by reference (b):

DoD 5400.1l-R, May 14,200, C4.2.2.S.1. DoD Civilian Employees:
        C4.2.2.S.1.1.1. Name.
        C4.2.2.S.1.1.2. Present and past position titles.
        C4.2.2.S .1.1.3. Present grade.
        C4.2.2.S.1.1.4. Present annual salary rate.
        C4.2.2.S.1.1.S. Present and past duty stations.
        C4.2.2.S. 1.1.6. Office and duty telephone number.
        C4.2.2.S.1.1. 7. Current Position Description.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request. Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Judy.A.Logeman.civ@health.mil

Requester Control Number: FOIA WRNMC #14-E

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

For the person identified by the email address Judy.A.Logeman.civ@health.mil, I am seeking the
following information as permitted by reference (b):

DoD 5400.1l-R, May 14,200, C4.2.2.S.1. DoD Civilian Employees:
C4.2.2.S.1.1.1. Name.
C4.2.2.S.1.1.2. Present and past position titles.
C4.2.2.S .1.1.3. Present grade.
C4.2.2.S.1.1.4. Present annual salary rate.
C4.2.2.S.1.1.S. Present and past duty stations.
C4.2.2.S. 1.1.6. Office and duty telephone number.
C4.2.2.S.1.1. 7. Current Position Description.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request.  Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 11, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Joe.E.Davidge.civ@health.mil

Requester Control Number: FOIA WRNMC #14-F

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

For the person identified by the email address Joe.E.Davidge.civ@health.mil, I am seeking the
following information as permitted by reference (b):

DoD 5400.1l-R, May 14,200, C4.2.2.S.1. DoD Civilian Employees:
C4.2.2.S.1.1.1. Name.
C4.2.2.S.1.1.2. Present and past position titles.
C4.2.2.S .1.1.3. Present grade.
C4.2.2.S.1.1.4. Present annual salary rate.
C4.2.2.S.1.1.S. Present and past duty stations.
C4.2.2.S. 1.1.6. Office and duty telephone number.
C4.2.2.S.1.1. 7. Current Position Description.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request.  Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Brice.A.Goodwin.mil@health.mil

Requester Control Number: FOIA WRNMC #14-G

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

For the person identified by the email address Brice.A.Goodwin.mil@health.mil, I am seeking
the following information as permitted by reference (b):

DoD 5400.1l-R, May 14,200, C4.2.2.S.1. DoD Civilian Employees:
C4.2.2.S.1.1.1. Name.
C4.2.2.S.1.1.2. Present and past position titles.
C4.2.2.S .1.1.3. Present grade.
C4.2.2.S.1.1.4. Present annual salary rate.
C4.2.2.S.1.1.S. Present and past duty stations.
C4.2.2.S. 1.1.6. Office and duty telephone number.
C4.2.2.S.1.1. 7. Current Position Description.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request.  Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 11, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Personnel Record Information for
Thurman.S.McCall.ctr@health.mil

Requester Control Number: FOIA WRNMMC #14-H

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

For the person identified by the email address Thurman.S.McCall.ctr@health.mil, I am seeking
all records pertaining to the official duties of this contractor at WRNMMC, including
identification of the prime contractor and contract number under which he is employed.

I agree to pay fees for searching or copying the records up to $200. If the fees exceed this
amount please advise me of the cost. I am a private citizen seeking this information. I do not
believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This
request is an agency record in its own right and providing a copy of this request is an integral
part of my FOIA request, which helps to ensure that you fully address my request.  Do not reply
to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." <u>Please provide me a tracking number for this request.</u>

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request.

With my respect,

Robert Hammond

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request - certified mail tracking numbers 7012 1640 0000 9665
         1035 and 7012 1640 0000 9665 4524

Requester Control Number: FOIA WRNMC #14-I

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
               President and U.S. General Services Administration of July 2011, "Your Right
               to Federal Records"
           (b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
           (c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
               Program
           (d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

I am requesting all records from November 26, 2013 to present relating to certified mail tracking
number 7012 1640 0000 9665 1035 (mailed on November 26, 2013) and certified mail tracking
number 7012 1640 0000 9665 4524 (mailed on January 27, 2014). Information requested
includes, but is not limited to:
- Emails regarding package/mail delivery/pick-up, or anything related to the specific
  certified packages above between any of the following parties: Judy Bizell, Joe. E.
  Davidge, Ms. Gully (Mail Services), Ms. Simpson (mail orderly for FOIA Office),
  Brigadier General Clark, perseverance2013@aol.com, any member of the command
  staff or any other party.
- Any material related to inquiry conducted in connection with these packages that may
  have been initiated by Brigadier General Clark or others;
- Letters or other correspondence including those sent to Brigadier General Clark;

6049, 301-295-4611, 301-295-4000, 301-295-0162.

I agree to pay fees for searching or copying the records up to $400. If the fees exceed this amount please advise me of the cost. I am a private citizen seeking this information. I do not believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request. Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request. If you deem that any portion of my request is unclear, answer the remaining portions and I will perfect a request for additional material as needed.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – DVD Chain of Custody

Requester Control Number: FOIA WRNMC #14-J

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

By way of background, my FOIA request "Requester Number WRNMC #13-19" of June 29,
2013 requested a copy of a DVD containing some of my medical records that I had previously
provided to Ms. Judy Logeman the WRNMMC Healthcare Resolutions Office on May 14, 2012
in order to facilitate a search for missing records.

I am requesting all records relating to the chain of custody of that DVD including emails or other
documents related to the transfer of the DVD to the WRNMMC Medical Records Department, to
the FOIA office, to personnel copying the DVD, back to the FOIA office and to mailing in
response to my FOIA WRNMC #13-19" of June 29, 2013. Records should be specific as to dates
and personnel.

Please cite the requester control number and include a copy of this request in your reply. This request is an agency record in its own right and providing a copy of this request is an integral part of my FOIA request, which helps to ensure that you fully address my request. Do not reply to more than one requestor control number in a single letter.

Reference (a) states that for requests 'that will require more than ten days for the agency to process to FOIA requires agencies to assign a tracking number to your request. Each agency must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." <u>Please provide me a tracking number for this request.</u>

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request. If you deem that any portion of my request is unclear, answer the remaining portions and I will perfect a request for additional material as needed.

With my respect,

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Performance Standards of Ms. Judy Bizzell

Requester Control Number: FOIA WRNMC #14-K

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

I am requesting the performance standards for Ms. Judy Bizzell for the current and most recent
past rating period.

I agree to pay fees for searching or copying the records up to $400. If the fees exceed this
amount please advise me of the cost. I am a private citizen seeking this information. I do not
believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This
request is an agency record in its own right and providing a copy of this request is an integral
part of my FOIA request, which helps to ensure that you fully address my request.  Do not reply
to more than one requestor control number in a single letter.

must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." <u>Please provide me a tracking number for this request</u>.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request. If you deem that any portion of my request is unclear, answer the remaining portions and I will perfect a request for additional material as needed.

With my respect,

Robert Hammond

Robert Hammond

Robert Hammond
707 Upham Place NW
Vienna, VA 22180
perseverance2013@aol.com

April 26, 2014

Ms. Judy Bizzell
Freedom of Information Act (FOIA) Officer
Walter Reed National Military Medical Center (WRNMMC)
8901 Rockville Pike
Bethesda, MD 20889-5600

Subject: FOIA Request – Performance Standards of Mr. Joe. E. Davidge

Requester Control Number: FOIA WRNMC #14-L

References: (a) Joint publication of U.S. Department of Justice, Executive Office of the
President and U.S. General Services Administration of July 2011, "Your Right
to Federal Records"
(b) DoD 5400.11-R, May 14, 2007, Department of Defense Privacy Program
(c) DoD 5400.7-R, September 1998, DoD Freedom of Information Act (FOIA)
Program
(d) DoD 6025.18-R, Jan. 24, 2003, DoD Health Information Privacy Regulation

Dear Ms. Bizzell,

I under submitting this request under the Freedom of Information Act, U.S.C. subsection 522. If
you deny all or any part of this request, please cite each specific exemption you think justifies
your refusal to release the information and notify me of appeal procedures available under the
law.

I am requesting the performance standards for Mr. Joe. E. Davidge for the current and most
recent past rating period.

I agree to pay fees for searching or copying the records up to $400. If the fees exceed this
amount please advise me of the cost. I am a private citizen seeking this information. I do not
believe that there should be any charge for providing these records.

Please cite the requester control number and include a copy of this request in your reply. This
request is an agency record in its own right and providing a copy of this request is an integral
part of my FOIA request, which helps to ensure that you fully address my request.  Do not reply
to more than one requestor control number in a single letter.

must provide a telephone number or website by which a requester can use the assigned tracking number to obtain information about the status of a pending request." DoD 5400.11-R, May 14, 2007, paragraph C3.1.1O. states: "Time Limits. "DoD Components normally shall provide access within 20 working days after receipt of the request. If access cannot be given within the 20 working day period, the requester shall be notified in an interim response." Please provide me a tracking number for this request.

Reference (c) states, "DoD personnel are expected to comply with the FOIA, this Regulation, and DoD FOIA policy in both letter and spirit. This strict adherence is necessary to provide uniformity in the implementation of the DoD FOIA Program and to create conditions that will promote public trust."

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request. If you deem that any portion of my request is unclear, answer the remaining portions and I will perfect a request for additional material as needed.

With my respect,

Robert Hammond