# Exhibit E



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR 0 2 2012

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
           CHAIRMAN OF THE JOINT CHIEFS OF STAFF
           UNDER SECRETARIES OF DEFENSE
           DEPUTY CHIEF MANAGEMENT OFFICER
           DIRECTOR, COST ASSESSMENT AND PROGRAM EVALUATION
           DIRECTOR, OPERATIONAL TEST AND EVALUATION
           GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
           INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
           ASSISTANT SECRETARIES OF DEFENSE
           DEPARTMENT OF DEFENSE CHIEF INFORMATION OFFICER
           ASSISTANTS TO THE SECRETARY OF DEFENSE
           DIRECTOR, ADMINISTRATION AND MANAGEMENT
           DIRECTOR, NET ASSESSMENT
           DIRECTORS OF THE DEFENSE AGENCIES
           DIRECTORS OF THE DOD FIELD ACTIVITIES

SUBJECT:  Planning for Reform of the Governance of the Military Health System

      The transformations that have occurred in the Military Health System (MHS) over the past years, including the consolidation of medical facilities and functions in the National Capital Region (NCR) mandated by the Base Realignment and Closure (BRAC) process, have provided the Department with an opportunity to consider changes to the governance of the MHS to ensure that it is organized in an effective and cost-efficient manner.

      To inform deliberations within the Department on this important issue, on June 14, 2011, Deputy Secretary Lynn established an internal task force to conduct a review of the governance of the MHS and to provide a report containing an evaluation of options for the governance of the MHS as a whole, for the governance of multi-Service medical markets, and for the governance of the NCR health system.  The task force was co-chaired by Dr. George Peach Taylor, Jr., Deputy Assistant Secretary of Defense for Force Health Protection and Readiness, and Major General (Dr.) Doug Robb, Joint Staff Surgeon, and consisted of representatives from each of the Military Departments, the Joint Staff, and the Offices of the Under Secretary of Defense for Personnel and Readiness, Under Secretary of Defense (Comptroller), and Director, Cost Assessment and Program Evaluation.  The task force delivered its report on September 15, 2011, and I thank the task force co-chairs, members, and staff for their diligent and thoughtful work on this very important and complex matter.

      Subsequent to the delivery of the task force report, section 716 of the National Defense Authorization Act for Fiscal Year 2012 was enacted.  Section 716 prohibits the Department from restructuring or reorganizing the MHS until the Department and the Comptroller General of the United States have each provided a specified report to the congressional defense committees, and



OSD000866-12

after a specified waiting period has elapsed. The Department has since completed and delivered its report as required by section 716. Included in this report was a description of the Department's position on reforms that should be made to the governance of the MHS. This position builds on the options developed by the task force and was arrived at through extensive consultations that have taken place over the past months among the Deputy Secretary of Defense, Chairman of the Joint Chiefs of Staff, Service Secretaries and Chiefs, and other senior officials of the Department. It is summarized below:

1. **Defense Health Agency:** The TRICARE Management Activity (TMA) will be transitioned to a "Defense Health Agency" (DHA), an agency of the Department of Defense under the Under Secretary of Defense for Personnel and Readiness (USD(P&R)) and operating under the authority, direction, and control of the Assistant Secretary of Defense for Health Affairs (ASD(HA)). The DHA will be designated a Combat Support Agency, with oversight by the Chairman of the Joint Chiefs of Staff (CJCS) in accordance with DoD Directive 3000.06, "Combat Support Agencies." The DHA will assume responsibility for the functions currently undertaken by TMA, except for such functions that are determined to be assigned to the ASD(HA). In addition, the DHA will assume responsibility for shared services, functions, and activities in the MHS, including but not limited to the TRICARE Health Plan, pharmacy programs, medical education and training, medical research and development, health information technology, facility planning, public health, medical logistics, acquisition, budget and resource management, and other common business and clinical processes. The position of Director, DHA, will be a general or flag officer in the grade of Lieutenant General or Vice Admiral and published on the Joint Duty Assignment List (JDAL) in accordance with DoD Instruction 1300.19, "DoD Joint Officer Management Program." Responsibility for the management and allocation of the Defense Health Program (DHP) budget will continue to reside with the ASD(HA). The actions described in this paragraph build on, and supersede, the provisions related to the MHS Support Activity in the March 14, 2011, Secretary of Defense memorandum entitled "Track Four Efficiency Initiatives Decisions."

   The target dates for the attainment of initial operating capability and full operational capability for the DHA, the shared services and other functions and activities for which the DHA will have responsibility, the potential use of a single financial accounting system for allocation and tracking of DHP funds, and the military, civilian, and contractor staffing levels for the Office of the ASD(HA) and the DHA will be among the items addressed in the implementation plan referenced below.

2. **Multi-Service Markets:** In each geographic medical market determined to be a multi-Service market due to overlapping catchment areas, a Market Manager will be appointed with the mission to create and sustain a cost-effective, coordinated, and high-quality health care system in that area. The Market Manager in each such market will have authority to, among other things, manage and allocate the budget for the market, direct the adoption of common clinical and business functions for the market, and direct the movement of workload and workforce between or among the medical treatment facilities (MTFs) in the market. The Market Manager for a market will be selected by, and among

the military personnel from, the Military Department or Departments designated as lead for that market. The actions described in this paragraph do not apply to the NCR, which is covered in paragraph 3 below.

The target date(s) for the establishment of Market Managers for multi-Service markets, the specific authorities and responsibilities of the Market Managers, the geographic medical markets designated as multi-Service markets, and the Military Department or Departments designated as lead(s) for each such market will be among the items addressed in the implementation plan referenced below.

3.  **National Capital Region:**  After such time as the transition of TMA to the DHA described in paragraph 1 has begun, the authority, direction, and control over the NCR health system, to include the Walter Reed National Military Medical Center (WRNMMC), the Ft. Belvoir Community Hospital (FBCH), and all other military medical treatment facilities that are determined to reside within the NCR market, will be assigned to the "NCR Medical Directorate," a subordinate organization of the DHA and successor to Joint Task Force National Capital Region Medical (JTF CAPMED). The position of Director, NCR Medical Directorate, will be filled by a general or flag officer in the grade of Major General or Rear Admiral (Upper Half) and will be published on the JDAL. The directors of the WRNMMC, the FBCH, and the other MTFs in the NCR Medical Directorate will be selected by the USD(P&R) (or, if delegated, the ASD(HA), Director, DHA, or Director, NCR Medical Directorate) from nominees provided by the Military Departments. Military personnel for the WRNMMC, the FBCH, and the other MTFs within the NCR Medical Directorate will be provided by the Military Departments according to manning documents maintained by the DHA.

    The target date for the transfer of the NCR system to the authority, direction, and control of the NCR Medical Directorate, and the determination of the MTFs that reside within the NCR market and therefore will be assigned to the NCR Medical Directorate, will be among the items addressed in the implementation plan referenced below.

    The reforms described in the paragraphs above are based on a belief that there are opportunities to realize savings in the MHS through the adoption of common clinical and business processes and the consolidation and standardization of various shared services. They are also informed by a recognition that there currently are two notably different regional governance models in the MHS, namely a cross-Service market management model, best exemplified by the San Antonio Military Health System, and a singular authority model, employed by JTF CAPMED. Both models have proven successful to date in their respective regions, and, as they are still in their early stages of development and execution, both should be allowed to continue to exist and be improved upon. The modifications described in paragraphs 2 and 3 above will, respectively, enhance the effectiveness of the cross-Service market management model and provide an appropriate reporting and supervisory structure for the singular authority model. Improving these two models and allowing them both to continue in modified form in their respective regions will, among other things, provide the Department with

greater insight, based on actual outcomes, that may inform considerations of more significant transformations of MHS governance in the future.

   To ensure that the Department maintains momentum on this very important issue, I direct the Under Secretary of Defense for Personnel and Readiness and the Chairman of the Joint Chiefs of Staff to stand up a planning team to develop an implementation plan for the governance changes described above.  The implementation team will be led by two Implementation Program Co-Directors, designated by the USD(P&R) and the CJCS, respectively, and will include representatives from the Military Services, the Joint Staff, and relevant components of the Office of the Secretary of Defense.  The implementation plan will be submitted to the Deputy Secretary of Defense for approval so that the Department is prepared to begin execution of these changes once the provisions of section 716 have been fulfilled.  In addition, this planning team will support the work to be performed by the Comptroller General pursuant to section 716.

4



DEFENSE HEALTH AGENCY
0000000
A/O 1 JUL 14

SHARED SERVICE

* Direct Reports to COS

USD(P&R)
ASD(HA)

DEFENSE HEALTH AGENCY
A000000

Program Executive Office H000000

Interagency Program Office H000000

Office of the General Counsel G000000

Administration and Management Directorate B000000*

Comptroller Division B100000*

Equal Employment Opportunity Division B200000*

Manpower and Organization Division B800000*

Component Acquisition Executive C000000

Procurement Directorate E000000

Defense Health Support F000000

Analytics Division J000000

**Healthcare Operations Directorate N000000**

- Chief of Staff N100000
- Clinical Support Division N200000
- TRICARE Health Plan Division N300000
- Readiness Division N400000
- Pharmacy Division N500000
- Public Health Division N600000
- Warrior Care Program Division N700000

**Research, Development and Acquisition Directorate P000000**

**Health Information Technology Directorate M000000**

- Support Staff M100000
- Portfolio Management and Customer Relations Division M200000
- Information Delivery Division M300000
- Cyber Security Division M400000
- Infrastructure and Operations Division M500000
- Innovation and Advanced Technology Development Division M600000
- Solution Delivery Division M700000
- Defense Health Clinical Systems Division M800000
- Defense Health Service System Division M900000

**Education and Training Directorate L000000**

- Admin Support L100000
- Professional Development, Sustainment and Program Management Division L200000
- Academic Review and Oversight Division L300000
- Medical Education and Training Campus Division L400000
- Defense Medical Readiness Training Institute Division L500000
- Joint Medical Executive Skills Institute Division L600000

**Business Support Directorate K000000**

- Chief of Staff K100000
- Program Integrity Division K200000
- Budget and Resource Management Division K300000
- Facility Planning Division K500000
- Medical Logistics Division K600000

**National Capital Region Medical Directorate R000000**

- Clinical Operations Division R100000
- Business Operations Division R200000
- Walter Reed National Military Medical Center
- Fort Belvoir Community Hospital
- Joint Pathology Center

FOUO

DHA APPROVED
POC:  Manpower and Organization Division
Email:  DHAManpower&OrganizationOffice@dha.mil



# Department of Defense
# **DIRECTIVE**

**NUMBER** 5136.13
September 30, 2013

DA&M

SUBJECT:  Defense Health Agency (DHA)

References:  See Enclosure 1

1. <u>PURPOSE</u>.  Pursuant to the authority vested in the Secretary of Defense by Title 10, United States Code (U.S.C) (Reference (a)), and in accordance with Deputy Secretary of Defense Memorandum (Reference (b)), this directive:

   a.  Establishes the DHA with the mission, organization and management, responsibilities and functions, relationships, and authorities as described in this directive.

   b.  Effective October 1, 2013, disestablishes the TRICARE Management Activity (TMA), transfers appropriate TMA functions to the DHA, and cancels DoD Directive (DoDD) 5136.12 (Reference (c)).  Any reference in law, rule, regulation, or issuance to TMA will be deemed to be a reference to DHA, unless otherwise specified by the Secretary of Defense.

2. <u>APPLICABILITY</u>.  This directive applies to:

   a.  OSD, the Military Departments (including the Coast Guard at all times, including when it is a service in the Department of Homeland Security by agreement with that Department), the Office of the Chairman of the Joint Chiefs of Staff and the Joint Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the DoD (referred to collectively in this directive as the "DoD Components").

   b.  The Commissioned Corps of the Public Health Service and the Commissioned Corps of the National Oceanic and Atmospheric Administration, under agreement with the Department of Health and Human Services.

3. <u>MISSION</u>.  DHA:

   a.  Manages TRICARE.

b.  Manages and executes the Defense Health Program (DHP) appropriation and DoD Military Health System (MHS) funding from the Medicare Eligible Retiree Health Care Fund, as directed by the Assistant Secretary of Defense for Health Affairs (ASD(HA)).

c.  Supports coordinated management of enhanced multi-Service markets to create and sustain a cost-effective, coordinated, and high-quality health care system in those areas designated in the table of Enclosure 2.

d.  Exercises management responsibility for shared services, functions, and activities of the MHS and its common business and clinical processes, as directed by the ASD(HA).

e.  Exercises authority, direction, and control over medical treatment facilities (MTFs) within the National Capital Region (NCR) that are assigned to the DHA.

f.  Supports the effective execution of the DoD medical mission.

4.  <u>ORGANIZATION AND MANAGEMENT</u>

a.  The DHA is established as a Defense Agency, in accordance with sections 191 and 192 of Reference (a), under the authority, direction, and control of the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), through the ASD(HA).

b.  The DHA is designated a combat support agency (CSA), in accordance with section 193 of Reference (a) and DoDD 3000.06 (Reference (d).  This designation applies to that portion of the DHA mission involving support for operating forces engaged in planning for, or conducting, military operations, including support during conflict or in the conduct of other military activities related to countering threats to U.S. national security.  This portion of the DHA mission is focused on providing support to echelons at the Combatant Command level and below.

c.  The DHA consists of:

(1)  A Director, who is recommended by and reports to the ASD(HA).  Unless otherwise determined by the Secretary of Defense, the Director, DHA, is appointed in accordance with section 601 of Reference (a) as a general or flag officer in the grade of Lieutenant General or Vice Admiral and published on the Joint Duty Assignment List (JDAL) in accordance with DoD Instruction (DoDI) 1300.19 (Reference (e)).

(2)  The NCR Directorate, whose mission is to manage an integrated health care delivery system within the NCR and exercise authority, direction, and control over assigned MTFs.

(a)  The position of Director, NCR Directorate, will be filled by a general or flag officer in the grade of Major General or Rear Admiral and published on the JDAL.

(b)  The positions of Director, Walter Reed National Military Medical Center (WRNMMC), and Director, Fort Belvoir Community Hospital (FBCH), will be filled by officers in the rank appropriate to the respective position's scope and responsibility and published on the JDAL.

(c)  Any reference in law, rule, regulation, or issuance to Joint Task Force NCR— Medical (JTF-CapMed) will be deemed to be a reference to the NCR Directorate, unless otherwise specified by the ASD(HA).

(3)  Additional subordinate organizational elements established by the Director, DHA, within resources assigned by the Secretary of Defense.


5.  RESPONSIBILITIES AND FUNCTIONS

a.  The Director, DHA:

(1)  Carries out the agency mission and assigned responsibilities and functions in accordance with direction from the ASD(HA), adopted with the advice and assistance of governance councils established by the USD(P&R) and ASD(HA), including senior representatives of the Military Departments.

(2)  Organizes, directs, and manages the DHA and all assigned resources.

(3)  Manages the execution of policy developed by the ASD(HA), pursuant to DoDD 5136.01 (Reference (f)), in the administration of all DoD medical and dental programs authorized by Reference (a).  Issues program direction for the execution of policy within the MHS.  When issued to the Military Departments, program direction is transmitted through the Secretaries of those Departments.

(4)  Develops technical guidance, regulations, and instructions, as required, to manage TRICARE and to support the ASD(HA) in administration of all medical and dental programs, authorized by Reference (a).

(5)  Serves as the program manager for TRICARE health and medical resources, supervising and administering TRICARE programs, funding, and other resources within the DoD, as directed by the ASD(HA) and within the established MHS governance processes.

(a)  Prepares and submits program and budget requirements to resource health and medical activities and programs, pursuant to guidance of the ASD(HA), for the DoD Planning, Programming, Budgeting, and Execution (PPBE) process, in accordance with DoDI 7000.14 (Reference (g)).

(b)  Supports, as requested, the ASD(HA)'s presentation and justification of the DoD Unified Medical Program and budget throughout the PPBE process, including representations before Congress.

(c)  Executes funds as programmed and budgeted for TRICARE, in accordance with instructions issued by the ASD(HA), fiscal guidance issued by the Under Secretary of Defense (Comptroller)/Chief Financial Officer, Department of Defense (USD(C)/CFO), and applicable law.

(6)  Exercises oversight and provides program direction for information management and information technology systems, programs, and services, in accordance with DoD policies and guidance issued by the DoD Chief Information Officer, and in coordination with the USD(AT&L), in accordance with the policies and procedures governing the Department of Defense Acquisition System, where applicable.

(7)  Supports the conduct of studies and research activities to assist the ASD(HA) and others, as necessary, in support of their responsibilities and to support the management and implementation of health policies for the MHS developed by the ASD(HA).

(8)  Contracts for managed-care support, dental support, other health programs, claims processing services, studies and research support, supplies, equipment, and other services necessary to administer TRICARE and other functions assigned to the DHA in support of the MHS.

(9)  Supports the Military Services in implementation of TRICARE by providing beneficiary information, centralized administration, and program and contract management for health care services.

(10)  Exercises authority, direction, and control over each TRICARE regional office and TRICARE area office.

(11)  Exercises management responsibility for shared services, functions, and activities in the MHS, including but not limited to, the TRICARE Health Plan, pharmacy programs, medical education and training, medical research and development, health information technology, facility planning, public health, medical logistics, acquisition, budget and resource management, other common business and clinical processes, and other shared or common functions or processes, as determined by the ASD(HA).  The Director, DHA will develop appropriate management models to most effectively and efficiently assume responsibility for particular functions and processes.

(12)  Identifies, to the ASD(HA), other opportunities for medical and health shared services and makes recommendations on appropriate governance and oversight arrangements.

(13)  Exercises authority, direction, and control, through the NCR Directorate, over the WRNMMC, the FBCH, and their subordinate clinics.  Carries out Market Manager authorities, consistent with paragraph 5a(14), for all other military MTFs that are determined to reside within the NCR market.

(14)  Assists the Market Manager in enhanced multi-Service markets who has authority to:

(a)  Manage and allocate the budget for the market.

(b)  Direct the adoption of common clinical and business functions for the market.

(c)  Optimize readiness to deploy medically ready forces and ready medical forces.

(d)  Direct the movement of workload and workforce between or among the MTFs in the respective market area.

(e)  Take other actions as authorized by ASD(HA).

(15)  Supports the Combatant Commands, through the Chairman of the Joint Chiefs of Staff, in addition to the responsibilities listed in Reference (d), to:

(a)  Recommend medical research and development initiatives to support or enhance Combatant Commands military operations.

(b)  Manage data standards and standard health information technology to support Combatant Commands and the MHS capabilities.  Establish and maintain appropriate health information technology support to Combatant Command, in coordination with the USD(AT&L) and in accordance with the policies and procedures governing the Department of Defense Acquisition System, where applicable.

(c)  Advise and assist on DoD health readiness including, but not limited to, medical logistics, pharmacy support, and public health matters to OSD, the Chairman of the Joint Chiefs of Staff, the Combatant Commands, the Military Departments, other DoD Components, and other designated organizations, as appropriate, for planning and execution of military operations.

(d)  Participate fully in the Joint Combat Capabilities Assessment to determine the readiness of joint medical capabilities against strategic documents and Combatant Commander's operational plans.

(e)  Support U .S. Northern Command and provide medical support and resources when a designated NCR medical command order is executed as part of an operational plan

(16)  Implements policy and executes programs to support recovering Service members, their families, and caregivers.

(17)  Supports the responsibilities and functions of the ASD(HA) and performs other duties that the Secretary of Defense, the USD(P&R), or the ASD(HA) may prescribe.

b.  The Director, DHA, may not direct a change in the structure of the chain of command within a Military Department or with respect to medical personnel assigned to that command.

6. <u>RELATIONSHIPS</u>

   a.  In the performance of assigned responsibilities and functions, the Director, DHA:

     (1)  Reports directly to the ASD(HA).

     (2)  Coordinates and exchanges information with the other DoD Component heads and the OSD Principal Staff Assistants having collateral or related responsibilities and functions.

     (3)  Uses existing systems, facilities, and services of the DoD and other federal agencies, when possible, to avoid duplication of effort and to achieve maximum efficiency and economy.

     (4)  Maintains appropriate liaison, consultation, and coordination with other governmental and non-governmental agencies, as required, to exchange information and advice on programs in the fields of assigned responsibility.

     (5)  Collaborates with the Military Departments to ensure an integrated and standardized TRICARE and healthcare delivery system.

     (6)  In managing TRICARE, coordinates with the Military Departments on matters regarding administration of military treatment facilities and MHS personnel under their jurisdiction.

   b.  The Secretaries of the Military Departments:

     (1)  Communicate Service-specific requirements and requests relating to shared services, activities, and functions to the Director, DHA.

     (2)  Provide military personnel and other authorized resources to support the activities of the DHA.

     (3)  Ensure that the Service Medical Departments remain accountable for the delivery of patient care, and related medical and health services in facilities under their jurisdiction, consistent with this directive.

   c.  The Chairman of the Joint Chiefs of Staff carries out oversight functions, in accordance with Reference (d), with respect to the designation of the DHA as a CSA.

   d.  The Director, Defense Legal Services Agency, provides legal advice and services for the DHA.

   e.  The other DoD Component heads coordinate with the Director, DHA, as appropriate, on matters relating to DHA operations, functions, and responsibilities.

7. <u>AUTHORITIES</u>.  The Director, DHA, is hereby delegated authority to:

a.  Obtain reports and information, in accordance with the DoDI 8910.01 (Reference (h)), as necessary, in carrying out assigned responsibilities and functions.

b.  Communicate directly with the other DoD Component heads, as necessary, in carrying out assigned responsibilities and functions, including requests for advice or assistance. Communications to the Military Departments are transmitted through the Secretaries of the Military Departments, or as otherwise provided in law or directed by the Secretary of Defense in other DoD issuances.  Communications to the Combatant Commanders will be in accordance with paragraph 4b(3) above the signature of DoDD 5100.01 (Reference (i)).

c.  Communicate with other U.S. Government officials, members of the public, and representatives of foreign governments, as appropriate, in carrying out assigned responsibilities and functions.  Communications with representatives of the Legislative Branch must be conducted through the Office of the Assistant Secretary of Defense for Legislative Affairs, except for communications with the Defense Appropriations Committees, which will be coordinated with the Office of the USD(C)/CFO and be consistent with the DoD Legislative Program.

d.  Serve as the Component acquisition executive, head of agency, and head of contracting activity within the meaning and limitations of DoDD 5000.01,(Reference (j),  DoDI 5000.02 (Reference (k)), and subpart 2.1 of the Federal Acquisition Regulation (FAR), as supplemented by section 202.101 of the Defense FAR Supplement (Reference (l)).

e.  Exercise the administrative authorities contained in Enclosure 3.


8. <u>ADMINISTRATION</u>

a.  The Secretaries of the Military Departments assign military personnel to the DHA in accordance with approved authorizations and established procedures.  In addition, military personnel for the WRNMMC, the FBCH, and the other MTFs within the NCR Directorate will be provided by the Military Departments according to manning documents maintained by the DHA.

b.  The other DoD Components may provide support for Headquarters, DHA, and DHA field elements through interservice support agreements, in accordance with DoDI 4000.19 (Reference (m)).


9. <u>EFFECTIVE DATE</u>.  This directive:

a.  Is effective September 30, 2013.

*DoDD 5136.13, September 30, 2013*

b.  Must be reissued, cancelled, or certified current within 5 years of its publication in to be considered current accordance with DoDI 5025.01 (Reference (n)).

c.  Will expire effective September 30, 2023 and be removed from the DoD Issuances Website if it hasn't been reissued or cancelled in accordance with Reference (n).

Ashton B. Carter
Deputy Secretary of Defense

Enclosures
    1.  References
    2.  Enhanced Multi-Service Markets
    3.  Delegations of Authority
Glossary

ENCLOSURE 1

REFERENCES


(a)   Title 10, United States Code
(b)   Deputy Secretary of Defense Memorandum, "Implementation of Military Health System Governance Reform," March 11, 2013
(c)   DoD Directive 5136.12, "TRICARE Management Activity (TMA)," May 31, 2001 (hereby cancelled effective October 1, 2013)
(d)   DoD Directive 3000.06, "Combat Support Agencies (CSAs)," June 27, 2013
(e)   DoD Instruction 1300.19, "DoD Joint Officer Management Program," October 31, 2007, as amended
(f)   DoD Directive 5136.01, "Assistant Secretary of Defense for Health Affairs (ASD(HA))," June 4, 2008
(g)   DoD Instruction 7000.14, "Department of Defense Financial Policy and Procedures," March 3, 2006, as amended
(h)   DoD Instruction 8910.01, "Information Collection and Reporting," March 6, 2007, as amended
(i)   DoD Directive 5100.01, "Functions of the Department of Defense and Its Major Components," December 21, 2010
(j)   DoD Directive 5000.01, "The Defense Acquisition System," May 12, 2003
(k)   DoD Instruction 5000.02, "Operation of the Defense Acquisition System," December 8, 2008
(l)   Subpart 2.1 of the Federal Acquisition Regulation, "Definitions," current edition, as supplemented by subpart 202.101 of the Defense Federal Acquisition Regulation Supplement, "Definitions," current edition
(m)   DoD Instruction 4000.19, "Support Agreements," April 25, 2013
(n)   DoD Instruction 5025.01, "DoD Directives Program," September 26, 2012, as amended
(o)   Title 5, United States Code
(p)   DoD Instruction 1400.25, Subchapter 451, "DoD Civilian Personnel Management: Awards," December 1, 1996
(q)   DoD Instruction 5105.04, "Department of Defense Federal Advisory Committee Management Program," August 6, 2007
(r)   DoD Instruction 5105.18, "DoD Intergovernmental and Intragovernmental Committee Management Program," July 10, 2009, as amended
(s)   Executive Order 10450, "Security Requirements for Government Employment," April 27, 1953
(t)   Executive Order 12968, "Access to Classified Information," August 4, 1995
(u)   DoD Directive 5200.2, "DoD Personnel Security Program," April 9, 1999
(v)   DoD 5200.2-R, "Personnel Security Program," January 1, 1987, as amended
(w)   Title 26, United States Code (also known as the "Internal Revenue Code of 1986," as amended)
(x)   Sections 405(p)(1) and 405(p)(2) of Title 42, United States Code (also known as the "Social Security Act," as amended)

(y)    Joint Federal Travel Regulations, Volume 1, "Uniformed Service Members," current edition[1]

(z)    Joint Travel Regulations, Volume 2, "Department of Defense Civilian Personnel," current edition[2]

(aa)    Title 5, Code of Federal Regulations

(ab)    Title 37, United States Code

(ac)    Title 44, United States Code

(ac)    DoD Directive 5015.2, "DoD Records Management Program," March 6, 2000

(ae)    Title 31, United States Code

(af)    DoD Instruction 5200.08, "Security of DoD Installations and Resources and the DoD Physical Security Review Boards (PSRB)," December 10, 2005, as amended

---

[1] Available at http://www.defensetravel.dod.mil/Docs/perdiem/JFTR(Ch1-10).pdf and http://www.defensetravel.dod.mil/Docs/perdiem/Appendices.pdf
[2] Available at http://www.defensetravel.dod.mil/Docs/perdiem/JTR(Ch1-7).pdf

ENCLOSURE 2

ENHANCED MULTI-SERVICE MARKETS

Table.  Enhanced Multi-Service Market Areas

| Geographical Area | Market Manager |
|---|---|
| Tidewater, Virginia | Navy |
| Puget Sound, Washington | Army |
| Colorado Springs, Colorado | Rotate between Air Force and Army |
| San Antonio, Texas | Rotate between Air Force and Army |
| Oahu, Hawaii | Army |
| NCR | NCR Directorate, DHA |

ENCLOSURE 2

*DoDD 5136.13, September 30, 2013*

ENCLOSURE 3

DELEGATIONS OF AUTHORITY

Pursuant to the authority vested in the Secretary of Defense, and subject to the authority, direction, and control of the USD(P&R) and the ASD(HA), and in accordance with DoD policies and issuances, the Director, DHA, or in the absence of the Director, the person acting for the Director, is hereby delegated authority, as required, in the administration and operation of the DHA to:

a.  Exercise the powers vested in the Secretary of Defense by sections 301, 302(b), 3101, 4103, 4302, and 5107 of Title 5, U.S.C. (Reference (o)) on the employment, pay, performance management, direction, and general administration of DHA civilian personnel.

b.  Fix rates of pay of wage grade employees exempted from Chapter 51 of (Reference (o), also known as "The Classification Act of 1949," by section 5102 of Reference (o) on the basis of rates established under the Federal Wage System.  In fixing such rates, the Director, DHA, must follow the wage schedule established by the DoD Wage Fixing Authority.

c.  Administer oaths of office to those entering DoD or any other oath required by law in connection with employment therein, pursuant to section 2903 of Reference (o), and designate in writing, as may be necessary, officers and employees of the DHA to perform this function.

d.  Establish a DHA Incentive Awards Board, and pay cash awards to, and incur necessary expenses for, the honorary recognition of civilian employees of the U.S. Government whose suggestions, inventions, superior accomplishments, or other personal efforts, including special acts or services, benefit or affect DHA, in accordance with section 4503 of Reference (o), applicable Office of Personnel Management regulations, and Subchapter 451 of DoDI 1400.25 (Reference (p)).

e.  Maintain an official seal and attest to the authenticity of official DHA records under that seal.

f.  Establish and maintain, consistent with Reference (n), for functions assigned, a DHA publication system for regulations, instructions, and reference documents produced by the DHA, as well as any changes made to those publications.

(1)  The Director, DHA, must ensure that all OSD and DoD Components and non-DoD federal agencies with equity in a DHA publication are given the opportunity to coordinate when such publication is written, changed, or revised.

(2)  For assigned functions, approved DHA publications are binding on DoD Components.

g.  As necessary, use advisory committees and employ temporary or intermittent experts or consultants, as approved by the Secretary of Defense or the Director of Administration and

Management, for the performance of DHA functions, in accordance with sections 173 and 174 of Reference (a); section 3109 of Reference (o); Appendix 2 of Reference (o), also known as the "Federal Advisory Committee Act"; DoDI 5105.04 (Reference (q)); and DoDI 5105.18 (Reference (r)).

h.  In accordance with Executive Order 10450 (Reference (s)), Executive Order 12968 (Reference (t)); and DoDD 5200.2 (Reference (u)), as appropriate:

(1)  Designate any position in the DHA as a sensitive position.

(2)  Authorize, in exceptional circumstances where official functions must be performed prior to the completion of an investigation and adjudication process, temporary access to a sensitive position in the DHA to individuals for whom an appropriate investigation is underway.

(3)  Initiate personnel security investigations and, if necessary, in the interest of national security, suspend a security clearance for personnel assigned, detailed to, or employed by the DHA.  Any action under this paragraph must be taken in accordance with procedures prescribed in DoD 5200.2-R (Reference (v)).

i.  Act as the agent for the collection and payment of employment taxes pursuant to Chapter 21 of Title 26, U.S.C., also known as "The Internal Revenue Code of 1986," as amended (Reference (w)).  As such agent, make all determinations and certifications with respect to DHA employees that are required or provided for under:

(1)  Section 3122 of Title 26, U.S.C., also known as the "Internal Revenue Code of 1986," as amended (Reference (w)).

(2)  Sections 405(p)(1) and 405(p)(2) of Title 42, U.S.C., also known as the "Social Security Act," as amended (Reference (x)).

j.  Authorize and approve:

(1)  Temporary duty travel for uniformed Service members assigned or detailed to the DHA, in accordance with Volume 1 of the Joint Federal Travel Regulations (Reference (y)).

(2)  Travel for DHA civilian personnel, in accordance with Volume 2 of the Joint Travel Regulations (Reference (z)).

(3)  Invitational travel to eligible non-DoD personnel whose consultative, advisory, or other highly specialized technical services are required in a capacity that is directly related to, or in connection with, DHA activities, in accordance with Title 5, Code of Federal Regulations (Reference (aa)).

(4)  Overtime work for DHA civilian personnel, in accordance with section 5542 of Reference (o) and parts 550 and 551 of Reference (aa).

k.  Approve funds for incidental travel expenses that assigned or detailed DHA uniformed Service members may incur when they attend technical, scientific, professional meetings, or other similar events when the approval of the Secretary of Defense or designee is required by section 455 of Title 37, U.S.C. (Reference (ab)) and sections 4110 and 4111 of Reference (o).

l.  Develop, establish, and maintain an active and continuing records management program, pursuant to section 3102 of Title 44, U.S.C. (Reference (ac)) and DoDD 5015.2 (Reference (ad)).

m.  Use the government-wide Purchase Card for making appropriate purchases of material and services, other than personal services, for the DHA, when it is determined more advantageous and consistent with the best interests of the government.

n.  Publish advertisements, notices, or proposals in newspapers, magazines, or other public periodicals, as required for the effective administration and operation of the DHA, consistent with section 3702 of Reference (ac).

o.  Enter into interagency and intraagency support agreements, as the receiver or supplier, with the other DoD Components, non-DoD Federal Government departments and agencies, and State and local governments, as required for the effective performance of DHA functions and responsibilities, consistent with section 1535 of Title 31, U.S.C. (Reference (ae)) and Reference (o).

p.  Enter into and administer contracts, directly or through a Military Department, a DoD contract administration services component, or other federal agency, as appropriate, for supplies, equipment, property, and services required to accomplish the DHA mission.  To the extent that any law or Executive order specifically limits the exercise of such authority to persons at the Secretarial level of a Military Department, such authority must be exercised by the appropriate Under Secretary of Defense or Assistant Secretary of Defense.

q.  Enter into and administer grants, cooperative agreements, and other authorized transactions with any agency, university, nonprofit corporation, or other organization to perform or support DHA mission-related work.  Establish procedures for DHA to administer all authorities and responsibilities specified in sections 2358, 2371, and 2371a of Reference (a).

r.  Establish and maintain appropriate property accounts for the DHA and appoint boards of survey, approve reports of survey, relieve personal liability, and drop accountability for the DHA property contained in the authorized property accounts that has been lost, damaged, stolen, destroyed, or otherwise rendered unserviceable, in accordance with applicable laws and regulations.

s.  Issue the necessary security regulations for the protection of property and places under the jurisdiction of the Director DHA, pursuant to DoDI 5200.08 (Reference (af)).

t.  Lease property under the control of the DHA, under terms that will promote the national defense or that will be in the public interest, pursuant to section 2667 of Reference (a).

*DoDD 5136.13, September 30, 2013*

u.  Exercise the authority delegated to the Secretary of Defense by the Administrator of the General Services Administration for the disposal of surplus personal property.

v.  Redelegate these authorities as appropriate, and in writing, except as otherwise specifically indicated in this directive or as otherwise provided by law or regulation.

## GLOSSARY

### PART I.  ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| ASD(HA) | Assistant Secretary of Defense for Health Affairs |
| CSA | combat support agency |
| DHA | Defense Health Agency |
| DHP | Defense Health Program |
| DoDD | DoD Directive |
| DoDI | DoD Instruction |
| FAR | Federal Acquisition Regulation |
| FBCH | Fort Belvoir Community Hospital |
| JDAL | Joint Duty Assignment List |
| JTF-CAPMED | Joint Task Force National Capital Region Medical |
| MHS | Military Health System |
| MTF | medical treatment facility |
| NCR | National Capital Region |
| PPBE | Planning, Programming, Budgeting, and Execution |
| TMA | TRICARE Management Activity |
| U.S.C. | United States Code |
| USD(C)/CFO | Under Secretary of Defense (Comptroller)/Chief Financial Officer, Department of Defense |
| USD(P&R) | Under Secretary of Defense for Personnel and Readiness |
| WRNMMC | Walter Reed National Military Medical Center |

### PART II.  DEFINITIONS

Unless otherwise noted, these terms and their definitions are for the purpose of this directive.

<u>DHP appropriation</u>.  A single appropriation consisting of operation and maintenance, research and development, and other procurement funds designed to finance the non-military personnel requirements of the MHS.

<u>DoD Unified Medical Program</u>.  A combination of the DHP appropriation, the medical military construction appropriation, military personnel funds for military personnel supporting the MHS, and the estimated payments to the DoD Medicare-Eligible Retiree Health Care Fund.

<u>enhanced multi-Service market</u>.  Geographic MHS markets served by more than one Military Department under the direction of a designated Market Manager with enhanced authorities.

<u>MHS</u>.  The DoD medical and dental programs, personnel, facilities, and other assets, operating pursuant to chapter 55 of Reference (a), by which the DoD provides health care services and support to the Military Services during military operations, and health care services and support under TRICARE to members of the Military Services, their family members, and others entitled to DoD medical care.

<u>TRICARE</u>.  The DoD medical and dental programs, operating pursuant to chapter 55 of Reference (a), under which medical and dental services are provided to DoD health care beneficiaries.  The term includes all activities described in the definition of the term "TRICARE Program" in section 1072(7) of Reference (a)).

<u>TRICARE Regional Office/TRICARE Area Office</u>.  The DHA office charged with ensuring consistent implementation and management of MHS policies and the uniform health benefit within a geographical area designated by the ASD(HA).



# Department of Defense
# INSTRUCTION

**NUMBER** 5015.02
February 24, 2015

DoD CIO

SUBJECT:    DoD Records Management Program

References:    See Enclosure 1

1. <u>PURPOSE</u>.  This instruction reissues DoD Directive (DoDD) 5015.2 (Reference (a)) as a DoD instruction (DoDI) in accordance with the authority in DoDD 5144.02 (Reference (b)) to establish policy and assign responsibilities for the management of DoD records in all media, including electronic, in accordance with subchapter B, chapter XII, of Title 36, Code of Federal Regulations (CFR) and chapters 29, 31, 33, and 35 of Title 44, United States Code (References (c) and (d)).

2. <u>APPLICABILITY</u>.  This instruction applies to OSD, the Military Departments, the Office of the Chairman of the Joint Chiefs of Staff (OCJCS) and the Joint Staff, the Combatant Commands (CCMDs), the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the DoD (referred to collectively in this instruction as the "DoD Components").

3. <u>POLICY</u>.  It is DoD policy that:

    a.  The information and intellectual capital contained in DoD records will be managed as national assets.  Effective and efficient management of records provides the information foundation for decision making at all levels, mission planning and operations, personnel and veteran services, legal inquiries, business continuity, and preservation of U.S. history.

    b.  Records, regardless of media or security classification, will be created, maintained and used, disposed, and preserved to document the transaction of business and mission in wartime and peacetime.  Records are evidence of DoD Component organization, functions, policies, procedures, decisions, and activities pursuant to References (c) and (d), and will be maintained in accordance with guidance issued by National Archives and Records Administration (NARA) and Office of Management and Budget M-12-18 (Reference (e)).

c.  DoD records must be managed in compliance with this instruction and References (c) and (d) while protecting the legal and financial rights and interests of the Federal Government and of persons affected by U.S. Government (USG) activities.

d.  Record schedules will be developed for all DoD records.  Approval of the schedules must be obtained from NARA in accordance with Reference (c).

e.  Sound records management principles must be incorporated into DoD business processes in accordance with the Department of Defense Chief Information Officer (DoD CIO) Memorandum (Reference (f)), the NARA Federal Enterprise Architecture Records Management Profile (Reference (g)), and statutory requirements..

(1)  Records management requirements (as described in DoD 5015.02-STD (Reference (h))), issues, and solutions must be identified and linked to their implementing technologies and business processes.

(2)  Records management requirements will be integrated into DoD Component information technology (IT) governance processes for portfolio management, capital planning, enterprise architecture, business process design, and system development.

f.  The design, development, enhancement, and implementation of electronic information systems (EIS) must incorporate records management and preservation considerations, and must be managed in accordance with NARA-approved records disposition schedules.

(1)  For new systems, records will be managed electronically by building recordkeeping functionality into the EIS or by transferring records to an electronic recordkeeping repository, such as a records management solution that is compliant with Reference (h).

(2)  For existing systems, records will be managed electronically, manually, or a combination of both.  To manage records electronically, recordkeeping functionality will be built into the EIS or records will be transferred to an electronic recordkeeping repository, such as a records management solution that is compliant with Reference (h).

g.  Unstructured electronic records must be managed in a records management solution that is compliant with Reference (h), NARA Bulletin 2012-02 (Reference (i)), or NARA Bulletin 2013-02 (Reference (j)), as applicable.  This includes records created using applications, electronic mail, and other messaging applications, word processing, or presentation software.

h.  Electronic records and EIS must be interoperable at the DoD Component and interagency levels where data is shared or transferred to another federal agency, such as the Department of Veterans Affairs or NARA.  Metadata, standards, and/or mediation will be used in accordance with DoDI 8320.02 and DoD CIO Memorandum (References (k) and (l)).

i.  Vital records will be identified, protected, and managed to ensure they are available in the event of a catastrophic event to support continuity of operations in accordance with Reference (c).

j.  DoD's ability to control the disclosure of official information (including assertion of privileges against disclosure) must not be impaired through unauthorized removal of non-record information.  This applies to all non-record information, including those claimed as personal files.  Non-record materials will be destroyed when no longer needed for business, at the discretion of the DoD Component.

k.  DoD personnel will receive overview records management training annually in order to understand their responsibilities in managing DoD information as records and how to carry out these responsibilities.

4.  <u>RESPONSIBILITIES</u>.  See Enclosure 2.

5.  <u>RELEASABILITY</u>.  **Cleared for public release**.  This instruction is available on the Internet from the DoD Issuances Website at http://www.dtic.mil/whs/directives.

6.  <u>EFFECTIVE DATE</u>.  This instruction is effective February 24, 2015.

Terry A. Halvorsen
Acting DoD Chief Information Officer

Enclosures
    1.  References
    2.  Responsibilities
Glossary

ENCLOSURE 1

REFERENCES

(a)   DoD Directive 5015.2, "DoD Records Management Program," March 6, 2000 (hereby cancelled)
(b)   DoD Directive 5144.02, "DoD Chief Information Officer (DoD CIO)," April 22, 2013
(c)   Subchapter B, chapter XII of Title 36, Code of Federal Regulations
(d)   Title 44, United States Code
(e)   Office of Management and Budget and National Archives and Records Administration M-12-18, "Managing Government Records Directive," August 24, 2012
(f)   Department of Defense Chief Information Officer Memorandum, "Defense Information Enterprise Architecture, Version 2.0," August 10, 2012
(g)   National Archives and Records Administration, "Federal Enterprise Architecture Records Management Profile, Version 1.0," December 15, 2005
(h)   DoD 5015.02-STD, "Electronic Records Management Software Applications Design Criteria Standard," April 25, 2007
(i)   National Archives and Records Administration Bulletin 2012-02, "Guidance on Managing Content on Shared Drives," December 6, 2011
(j)   National Archives and Records Administration Bulletin 2013-02, "Guidance on Managing a New Approach to Managing Email Records," August 31, 2013
(k)   DoD Instruction 8320.02, "Sharing Data, Information, and Information Technology (IT) Services in the Department of Defense," August 5, 2013
(l)   Department of Defense Chief Information Officer Memorandum, "DoD Net-Centric Data Strategy," May 9, 2003
(m)   Office of Management and Budget Circular A-130, "Management of Federal Information Resources," November 28, 2000, as amended
(n)   DoD Directive 5100.03, "Support of the Headquarters of Combatant and Subordinate Unified Commands," February 9, 2011
(o)   DoD Instruction 5010.40, "Managers' Internal Control Program Procedures," May 30, 2013
(p)   DoD Directive 5101.1, "DoD Executive Agent," September 3, 2002, as amended
(q)   Federal Continuity Directive 1, "Federal Executive Branch National Continuity Program and Requirements," October 2012
(r)   DoD Instruction 8115.02, "Information Technology Portfolio Management Implementation," October 30, 2006
(s)   Title 41, Code of Federal Regulations
(t)   DoD 5400.11-R, "Department of Defense Privacy Program," May 14, 2007
(u)   DoD 6025.18-R, "DoD Health Information Privacy Regulation," January 24, 2003
(v)   Title 10, United States Code

ENCLOSURE 2

RESPONSIBILITIES

1. <u>DoD CIO</u>.  The DoD CIO:

    a.  Develops and establishes DoD policy and standards to implement a DoD Records Management Program, including the life-cycle management of records in all media in accordance with References (b), (c), and (d).

    b.  Oversees DoD records management.

    c.  Serves as the DoD Senior Agency Official (SAO) for Records Management pursuant to Reference (e), ensuring compliance with References (c) and (d).  Determines which DoD Components are required to designate Component SAOs for records management.  Collaborates with the Component SAOs to fulfill the duties pursuant to Reference (e).

    d.  Appoints the DoD Records Officer to guide and coordinate the DoD Records Management Program.  The DoD Records Officer collaborates with DoD Components and NARA to execute the DoD Records Management Program in accordance with this instruction and the responsibilities contained in section 1220.34 of Reference (c) and References (b) and (d).

    e.  Develops records management overview training to educate DoD personnel of their records management responsibilities pursuant to Reference (e).  Maintains this DoD-wide training to ensure its relevancy and timeliness, and provides the training to Components for execution.  The training will address:

        (1)  The responsibilities of DoD personnel related to the life-cycle management of records.

        (2)  The identification of records and how to distinguish them from non-records.

        (3)  The identification of personal papers and the need to maintain them separately from organizational records in compliance with Reference (c).

        (4)  The identification of electronic records and the need to manage them throughout their life cycle.

        (5)  The preservation of electronic mail records with attachments and metadata in accordance with Reference (c).

        (6)  The policies and procedures associated with copying and removal and destruction of government records and non-records.  Records and non-record materials cannot be copied or removed from government custody or destroyed, except as authorized in accordance with References (c) and (d) and DoD policy.

(7)  The designation and handling of personal files.  An employee may remove only personal files.  Email messages that include record or non-record material cannot be copied or removed as personal files because these messages were used to conduct DoD business.  Non-record materials (paper or electronic) are government-owned and must be protected from unlawful removal or disclosure.

(8)  The rules for removing and donating official records. Official records cannot be copied, including electronic mail records, solely for the purpose of removal or donation.

(9)  The procedures to inform appropriate officials of any current, impending, or threatened unlawful removal, alteration, or destruction of records.

f.  Identifies DoD Components that are required to have their designated records officer hold the NARA certificate of Federal Records Management training pursuant to Reference (e).

g.  Cultivates a DoD records management community of interest by encouraging use of collaborative tools and technologies to distribute and evaluate the best practices and lessons learned in records and information management.

2.  <u>DIRECTOR, DEFENSE INFORMATION SYSTEMS AGENCY (DISA)</u>.  Under the authority, direction, and control of the DoD CIO, and in addition to the responsibilities in section 3 of this enclosure, the Director, DISA:

a.  Establishes and maintains a test and evaluation program for certifying automated records management solutions that meet the standard functional and automated system requirements for records management in accordance with Reference (h).

b.  Recommends to the DoD CIO any revisions to records management functional baseline requirements to be incorporated into Reference (h).

c.  Establishes and maintains a register of automated records management solutions and active DoD recordkeeping systems that meet the standard functional and automated system requirements in Reference (h).  Ready access to this register must be provided to all DoD records management personnel and be available at http://jitc.fhu.disa.mil/cgi/rma/reg.aspx.

d.  Develops and provides records management subject matter expertise for planning and executing the implementation and integration of electronic records management.

3.  <u>DoD COMPONENT HEADS</u>.  The DoD Component heads:

a.  Establish, sufficiently resource, and maintain a DoD Component records management program at an organizational level of sufficient authority to ensure this instruction and References (c) and (d) are efficiently and effectively implemented.  Designate a records officer

to administer the Component program and provide written notification of designation to the DoD SAO.

b.  Appoint a Component SAO, as directed by the DoD CIO.

c.  Use the most economical, efficient, and reliable means to create, maintain and use, dispose, and preserve Component records in any media in accordance with References (c) and (d), Office of Management and Budget Circular A-130 (Reference (m)), and DoDD 5100.03 (Reference (n)).

d.  Implement records management controls and accountability standards necessary to capture, manage, and preserve Component records, including electronic records and electronic messages and their attachments, using internal controls in accordance with DoDI 5010.40 (Reference (o)).

e.  For operational records, support the Combatant Commanders' (CCDRs) operational plans for managing records throughout their life cycle.  Records generated as a result of campaigns and contingency operations in the CCMD area(s) of operation (AO) are operational records and must be managed pursuant to this instruction.  Administrative records are the responsibility of the DoD Component head.

f.  For any DoD Executive Agent designations in accordance with DoDD 5101.1 (Reference (p)), require any records that document the transaction of business and mission of the DoD Executive Agent are managed according to current records management policy.  Assign records management responsibilities to Components consistent with the DoD Executive Agent designation and determine the processes that will be used.

g.  Establish a vital records program to identify and preserve vital records.  The vital records program will ensure vital records are maintained, revised and, where appropriate, available in the occurrence of a catastrophic event for continuity of operations in accordance with Reference (c) and consistent with Federal Continuity Directive 1 (Reference (q)).

h.  Require that records contained in Component EISs are managed and scheduled in accordance with Reference (c).  For Component EISs, register the EIS in the DoD IT Portfolio Repository (DITPR) in accordance with DoDI 8115.02 (Reference (r)). For those Component EISs that contain records, populate and maintain the associated DIPTR records management data elements.

i.  Deploy and use a records management solution that is compliant with References (h), (i), and/or (j) to manage unstructured electronic records pursuant to this instruction and Reference (e) no later than 5 years after the effective date of this publication.

j.  Ensure all personnel complete annual overview training.  This includes incorporating necessary requirements into contracts to ensure overview training is accomplished for defense contractors who create or receive records.  The training will educate both DoD personnel and defense contractors on their records management responsibilities using the DoD records

management overview training developed by the DoD CIO.  Augment the overview training with Component-specific information to address:

(1)  Maintenance of personal papers separately from organizational records in compliance with Reference (c).

(2)  Management of electronic records throughout their life cycle, including instructions for disposition and assigning metadata if managed within a DoD-approved recordkeeping system.

(3)  Preservation of electronic mail records with attachments and metadata in accordance with Reference (c).

k.  Advise senior leaders of their record management responsibilities within the first 30 days of assumption of duties.  Provide out-briefings to senior leaders to ensure capture of the records generated during their tenure.

l.  Direct defense contractors performing DoD program functions to create and maintain records to document these functions.  Contracts must specify the delivery to the USG of all the data required for adequate documentation of the contractor-operated program in accordance with parts 102 through 193 of Title 41, CFR (Reference (s)).

m.  Oversee prompt retirement or disposal of temporary records and the timely transfer of permanent records to NARA for preservation under NARA-approved record schedules.

n.  Monitor Component compliance with the DoD Records Management Program and Reference (c), and implement corrective actions as deemed necessary.

o.  Advise the DoD CIO of records management issues that could have broad implications across DoD or between DoD and other government agencies, and fully cooperate with the DoD CIO in resolving these issues.

p.  Work with the DoD CIO to coordinate responses to existing, new, or changing records management requirements in accordance with Reference (e).

q.  Safeguard all personal data within records, in accordance with DoD 5400.11-R (Reference (t)).  Protect all personal data within health-related records in accordance with DoD 6025.18-R (Reference (u)).

r.  Require requests for removal of non-record materials outside of DoD be reviewed by proper DoD authority, as designated by the DoD Component head.  Unclassified documents, including electronic mail, are not automatically publicly releasable and must be reviewed for release to departing officials or employees.

s.  Maintain accountability of records when they are loaned and transferred to other DoD Components or federal agencies, and accept possession and management responsibility when the

*DoDI 5015.02, February 24, 2015*

loaned records are returned to the Component.  Continue life-cycle management of the records in accordance with NARA-approved records disposition schedules.


4.  <u>CHAIRMAN OF THE JOINT CHIEFS OF STAFF (CJCS)</u>.  In addition to the responsibilities in section 3 of this enclosure, the CJCS:

    a.  Develops, implements, evaluates, and refines records management policies and procedures for programs and organizations for which the OCJCS has oversight, including joint operation planning.

    b.  Requires each CCDR to develop and implement plans and procedures so that all information and records created or received by the CCMD are identified, safeguarded, and properly managed.

    c.  Oversees and assesses records management programs for which the OCJCS has oversight by reviewing the efficient life-cycle management of records and the scheduling of records in accordance with References (c) and (d).  Monitors the compliance of the CCDR and other supervised activities with this instruction, directs corrective action be implemented as necessary, and notifies the DoD CIO of any issues and recommended resolutions.


5.  <u>CCDRs</u>.  In addition to the responsibilities in section 3 of this enclosure, the CCDRs:

    a.  Are responsible for operational records to ensure proper management of these records throughout their life cycle.  CCDRs may task any subordinate unit or command, including Service component commands and theater special operations commands, to fulfill this responsibility in accordance with the CCMD established priorities, operational guidance, and CCDR intent.

    b.  Assign and document accountability for the management and ownership of operational records during deliberate and crisis action planning and throughout the operation.

ENCLOSURE 2

GLOSSARY

PART I.  ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| AO | area of operation |
| CCDR | Combatant Commander |
| CCMD | Combatant Command |
| CFR | Code of Federal Regulations |
| CJCS | Chairman of the Joint Chiefs of Staff |
| | |
| DISA | Defense Information Systems Agency |
| DITPR | DoD Information Technology Portfolio Repository |
| DoD CIO | DoD Chief Information Officer |
| DoDD | Department of Defense Directive |
| DoDI | Department of Defense Instruction |
| | |
| EIS | electronic information system |
| | |
| IT | information technology |
| | |
| OCJCS | Office of the Chairman of the Joint Chiefs of Staff |
| | |
| NARA | National Archives and Records Administration |
| | |
| SAO | Senior Agency Official |
| | |
| USG | United States Government |

PART II.  DEFINITIONS

These terms and their definitions are for the purpose of this instruction.

administrative records.  Those records created by all Joint or Single Service Military organizations, regardless of organizational level, in performing common functions that support the organization's mission activities, but do not directly document the performance of mission functions.  Administrative records relate to activities such as budget and finance, human resources, medical, equipment and supplies, facilities, public and congressional relations, contracting, and similar administrative housekeeping or facilitative functions common to most agencies.

campaign.  A series of related major operations aimed at achieving strategic and operational objectives within a given time and space.

<u>contingency operation</u>. A military operation that is either designated by the Secretary of Defense as a contingency operation or becomes a contingency operation as a matter of law pursuant to chapter 1 of Title 10, United States Code (Reference (v)).

<u>defense contractor</u>.  Any person who enters into a contract with the USG for the production of material or for the performance of services for national defense.

<u>DoD personnel</u>.  Military and civilian employees of the DoD.

<u>EIS</u>.  An information system that contains and provides access to computerized federal records and other information.

<u>electronic records</u>.  Any information that is recorded in a form that only a computer can process and that satisfies the definition of a federal record pursuant to chapter 31 of Reference (d), also known as the "Federal Records Act."  The term includes both record content and associated metadata that the agency determines is required to meet agency business needs.

<u>intellectual capital</u>.  Intellectual capital is the value associated with the knowledge, applied experience, organizational technology, synergistic interface (corporate-private-public collaboration), and professional skills that provide an organization with relevance within the DoD.

<u>interoperable</u>.  The condition achieved among communications-electronics systems or items of communications-electronics equipment when information or services can be exchanged directly and satisfactorily between them and their users.

<u>metadata</u>.  Information describing the characteristics of data; data or information about data; or descriptive information about an entity's data, data activities, systems, and holdings.  For example, discovery metadata is a type of metadata that allows data assets to be found using enterprise search capabilities.

<u>non-record materials.</u>  Federally owned informational materials that do not meet the statutory definition of records in accordance with section 3301 of Reference (d), or that have been excluded from coverage by the definition.  Excluded materials are extra copies of documents kept only for reference, stocks of publications and processed documents, and library or museum materials intended solely for reference or exhibit.

<u>operation</u>. A military action or the carrying out of a strategic, operational, tactical, service, training, or administrative military mission.

<u>operational records</u>.  Records and information in any medium (paper or electronic) created or received during the planning or execution of campaigns and contingency operations within a CCMD's AO. Records generated as result of operational level actions such as fragmentary orders, situation reports, military intelligence summaries, etc., are considered operational records. Information dealing with internal administrative matters or any other record whose

creation is solely required through a Service regulation is not considered operational records for this purpose. See administrative records.

personal files (also called personal papers).  Documentary materials belonging to an individual that are not used to conduct agency business.  Personal files are excluded from the definition of federal records and are not owned by the USG.

record.  All books, papers, maps, photographs, machine-readable materials, and other documentary materials, regardless of physical form or characteristics, made or received by an USG agency under federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that federal agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the USG or because of the informational value of the data in them (in accordance with section 3301 of Reference (c)).  A DoD record also includes operational logistics, analysis, support, and other materials created or received by the DoD Components in training, contingency, and wartime operations as well as in all routine and peacetime business.

recordkeeping system.  Manual or electronic system that captures, organizes, and categorizes records to facilitate their preservation, retrieval, use, and disposition.

records management.  The planning, controlling, directing, organizing, training, promoting, and other managerial activities involved with respect to records creation, records maintenance and use, and records disposition in order to achieve adequate and proper documentation of the policies and transactions of the Federal Government and effective and economical management of agency operations.

unstructured electronic records.  Records created using office automation applications, such as electronic mail and other messaging applications, word processing, or presentation software.

vital records.  Essential federal agency records that are needed to meet operational responsibilities under national security emergencies or other emergency conditions or to protect the legal and financial rights of the USG and those affected by USG activities.



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR 1 1 2013

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
     CHAIRMAN OF THE JOINT CHIEFS OF STAFF
     UNDER SECRETARIES OF DEFENSE
     DEPUTY CHIEF MANAGEMENT OFFICER
     DIRECTOR, COST ASSESSMENT AND PROGRAM EVALUATION
     DIRECTOR, OPERATIONAL TEST AND EVALUATION
     GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
     INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
     ASSISTANT SECRETARIES OF DEFENSE
     DEPARTMENT OF DEFENSE CHIEF INFORMATION OFFICER
     ASSISTANTS TO THE SECRETARY OF DEFENSE
     DIRECTOR, ADMINISTRATION AND MANAGEMENT
     DIRECTOR, NET ASSESSMENT
     DIRECTORS OF THE DEFENSE AGENCIES
     DIRECTORS OF THE DOD FIELD ACTIVITIES

SUBJECT: Implementation of Military Health System Governance Reform

   This memorandum directs implementation of the Military Health System (MHS) governance reform outlined in my memorandum of March 2, 2012, "Planning for Reform of the Governance of the Military Health System," and affirmed by section 731 of the National Defense Authorization Act for FY 2013. The centerpiece of the reform is the establishment of a Defense Health Agency (DHA) to assume responsibility for shared services, functions, and activities of the MHS and other common clinical and business processes. This implementation will include extensive transition actions over the coming months, with initial operating capability of the DHA to be achieved by October 1, 2013, and full operating capability within two years.

   MHS governance reform is a Departmental imperative. We must operate the MHS in the same manner that medical support of operational forces has been so effectively provided in our recent conflicts: jointly. We must also be responsive to the fiscal challenges facing the nation by achieving a sustainable health program budget. In doing so, we must attain greater integration of our direct and purchased healthcare delivery systems, essential to accomplishing the quadruple aim of the MHS: to assure medical readiness, improve the health of our people, enhance the experience of care, and lower our healthcare costs.

   In addition to the three submissions to Congressional defense committees required by section 731, I direct that the following transition actions shall be completed by the dates specified:



OSD002030-13

1. <u>Defense Health Governance Councils</u>. The Under Secretary of Defense for Personnel and Readiness (USD(P&R)) and the Assistant Secretary of Defense for Health Affairs (ASD(HA)) will establish appropriate Defense Health Governance Councils, including senior representatives of the Military Departments, with purposes and functions relating to Defense health programs similar to those under DoD Directive 5105.79, "DoD Senior Governance Councils," relating to the Department overall. These councils will support achieving the objectives of jointness, fiscal sustainability, and health delivery integration. These governing councils will be established and chartered consistent with DoD Instruction 5105.18, "DoD Intergovernmental and Intragovernmental Committee Management Program," and replace the existing MHS governance council, effective not later than May 1, 2013.

2. <u>DHA Charter</u>. The Director, Administration and Management (DA&M), will prepare and coordinate a Charter Directive for the DHA and submit it to me for approval not later than July 1, 2013.

3. <u>Combat Support Agency</u>. The DHA shall be designated a Combat Support Agency in accordance with DoD Directive 3000.06, "Combat Support Agencies." This will be completed by July 1, 2013, in coordination with the Joint Staff and the Office of the Assistant Secretary of Defense for Health Affairs (OASD(HA)). DA&M will ensure this designation is included in the DHA Charter Directive described in the preceding paragraph.

4. <u>DHA Director</u>. The selection of the DHA Director in the grade of Lieutenant General or Vice Admiral shall proceed as expeditiously as possible using the process outlined in CJCSI 1331.01D, followed by the formal nomination processes required for Senate confirmation.

5. <u>Shared Services, Functions, and Activities of the MHS</u>. The DHA will assume management responsibility for shared services, functions, and activities of the MHS and other common clinical and business processes as initially outlined in my March 2, 2012, memorandum. These services, functions, activities, and processes will be managed in accordance with coordinated concepts of operation adopted with the advice and assistance of the Governance Council structure referred to above. The DHA will develop appropriate management models to most effectively and efficiently assume responsibility for particular functions and processes. A detailed plan for effecting this transition of shared services will be coordinated and submitted to me with the DHA Charter noted above by July 1, 2013. In additional, functional leads within the DHA for all 9 of the shared services, functions, and activities specifically listed in the memorandum of March 2, 2012, will be identified not later than September 1, 2013.

6. <u>OASD(HA)</u>. Discontinuation of the "dual-hat" arrangement of the ASD(HA) and Deputy ASDs with TRICARE Management Activity (TMA) senior management officials requires a reorganization of OASD(HA) to ensure effective policy

development, resource management, fiduciary responsibility, program oversight, and Departmental representation for all DoD health matters. DA&M will prepare and coordinate a revised Charter Directive for the ASD(HA) to accompany the DHA Charter mentioned above by July 1, 2013. The USD(P&R) will submit to me by April 1, 2013, staffing options for the reorganized OASD(HA).

7. Multi-Service Market (MSM) Areas. Enhanced MSM (eMSM) management authorities initially will be implemented in six markets, including the National Capital Region (NCR) (further addressed below). The other five markets are the following (lead Military Department(s) noted in parentheses): Tidewater, Virginia (Navy); Puget Sound, Washington (Army); Colorado Springs, Colorado (rotate Air Force/Army); San Antonio, Texas (rotate Air Force/Army); and Oahu, Hawaii (Army). The NCR Director will be the market manager for the NCR. Enhanced management authorities will include authority to manage the allocation of the budget for the market, direct the adoption of common clinical and business functions for the market, optimize readiness to deploy medically ready forces and ready medical forces, and direct the movement of workload and workforce between or among the medical treatment facilities. The ASD(HA) will establish procedures by May 1, 2013, for oversight and management of all markets and ensure a periodic review assessing whether additional sites should be designated for eMSM management. Initial business performance plans will be submitted to the ASD(HA) by the six market managers by July 1, 2013. The initial set of authorities and responsibilities of these market managers will be effective October 1, 2013.

8. National Capital Region. By October 1, 2013, the DHA's NCR Directorate will exercise authority, direction, and control over the inpatient facilities and their subordinate clinics in the NCR and enhanced MSM authorities over other NCR facilities. This will be accomplished by the establishment of the NCR Directorate and disestablishment of the Joint Task Force National Capital Region Medical Command (JTF CapMed). During this period of the transition to the NCR Directorate, all authorities previously delegated to the Commander, JTF CapMed remain in effect, but authority is delegated to the ASD(HA), under the authority, direction, and control of the USD(P&R), for oversight of the JTF CapMed and to direct matters of operation and management of the Walter Reed National Military Medical Center and the Fort Belvoir Community Hospital, including their operation as joint facilities. This delegation is effective immediately. The identification of personnel positions to be transferred to the DHA (or returned to the Services) will be completed by April 1, 2013. The formal realignment of the identified NCR medical facilities to the DHA will be effective October 1, 2013.

9. Transition of TRICARE Management Activity. In anticipation of the disestablishment of TMA coincident with the establishment of the DHA, the ASD(HA) shall take such interim management steps as appropriate and consistent with DoD Directive 5136.12, "TRICARE Management Activity," to facilitate an effective transition. TMA will be disestablished and its designated functions transferred to the DHA effective October 1, 2013.

3

The imperative of MHS Governance reform requires the strong support across all levels of the military and civilian leadership of the Department. I expect all components' full participation and cooperation to achieve MHS transformation. The ASD(HA), through the USD(P&R) and the Director of the Joint Staff, will provide quarterly reports to the Deputy Secretary of Defense and the Chairman of the Joint of Staff in achieving the actions directed by this memorandum.



## OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE
## HEALTH AFFAIRS
7700 ARLINGTON BOULEVARD, SUITE 5101
FALLS CHURCH, VIRGINIA 22042-5101

OCT 4 2013

**DEFENSE
HEALTH AGENCY**

MEMORANDUM FOR DEFENSE HEALTH AGENCY NATIONAL CAPITAL REGION
MEDICAL DIRECTORATE

SUBJECT:  Legal Effect of Joint Task Force Guidance after October 1

The attached Deputy Secretary of Defense's memorandum dated March 11, 2013, subject "Implementation of Military Health System Governance Reform," directs the establishment of the National Capital Region (NCR) Medical Directorate within the Defense Health Agency and disestablishment of the Joint Task Force National Capital Region Medical Command (JTF CapMed), effective October 1, 2013.  Effective October 1, 2013, references to JTF CapMed in all existing JTF policies, directives, instructions, and manuals shall be understood to be references to the functions and authorities of the NCR Medical Directorate. These issuances shall remain in full force and effect until otherwise rescinded or replaced.  In addition, all references to Military Treatment Facility (MTF) Commanders shall be understood to be references to MTF Directors.

The point of contact for this action is Mr. William Bradley.  Mr. Bradley may be reached at (301) 319-8400, or at william.p.bradley@health.mil.

Douglas J. Robb, DO, MPH
Lieutenant General, USAF, MC, CFS
Director

Attachment:
As stated

cc:
Surgeon General of the Army
Surgeon General of the Navy
Surgeon General of the Air Force



# National Capital Region Medical Directorate
# Concept of Operations

**National Capital Region (NCR) Medical Directorate**
**Concept of Operations**

References:

(a) Military Health System Governance Implementation Team NCR Work Group Final
Recommendations, September 28, 2012
(b) Military Health System Governance Implementation Team NCR Manpower Study Final
Recommendations, February 15, 2013
(c) Deputy Secretary of Defense Memorandum, March 11, 2013
(d) Military Health System Decision Memorandum on NCR Medical Directorate Way Forward,
April 1, 2013
(e) Military Health System Decision Memorandum on Enhanced Multi-Service Market 5-Year
Business Performance Plan, May 7, 2013

1. Situation

   a. General:

   (1)  In accordance with guidance published in references (a) through (e), effective
October 1, 2013, the Defense Health Agency's NCR Medical Directorate will exercise authority,
direction, and control over the Walter Reed National Military Medical Center (WRNMMC), Fort
Belvoir Community Hospital (FBCH), and their subordinate clinics (DiLorenzo TRICARE
Health Clinic, Tri-Service Dental Clinic, Fairfax Health Center, Dumfries Health Center, and the
Joint Pathology Center (JPC)).

   (2)  The Director of the NCR Medical Directorate will exercise enhanced Multi-Service
Market (eMSM) authorities over these facilities and Naval Health Clinic Quantico and its
subordinate Washington Navy Yard Branch Health Clinic; Naval Health Clinic Annapolis;
Kimbrough Ambulatory Care Center and its subordinate Andrew Rader Army Health Clinic and
Fort McNair Army Health Clinic; and Malcolm Grow Medical Clinic and Surgery Center
(MGMCSC) (779th Medical Group) and its subordinate Pentagon Flight Clinic; and Bolling
Clinic (579th Medical Group).

   (3)  The Director, NCR Medical Directorate will be designated as the Functional Medical
Component in direct support  to Joint Force Headquarters NCR and in indirect support to
NORTHCOM to coordinate and provide medical support and resources in support of a National
Capital Region operational plan.

   (4)  All of these Medical Treatment Facilities (MTFs) together with the JPC will
comprise the NCR Market.  Attachment (1) outlines the Defense Health Agency (DHA) and
NCR Medical Directorate relationships.

   b. The NCR Market:

(1)  The NCR Market comprises eligible Military Health System (MHS) beneficiaries and MTF enrollees.

(2)  The NCR Market Manager will be held accountable for clinical outcomes and health status of the population served as well as responsible for meeting the 5 year business plan goals and associated targets.  NCR Market services will include:  inpatient, primary, and specialty outpatient care and surgery, rehabilitation, preventive care, health education, and public health. The NCR Medical Directorate will also support graduate medical education (GME), health professions training, medical military readiness training programs, biomedical research, and clinical currency in the Market.  The NCR Market Manager will coordinate Business Plan initiatives that require facility upgrades with the NCR Service Regional Medical Commands.

(3)  Desired characteristics of the NCR Market:

(a)  Promotes healthy and resilient individuals, families, and communities.

(b)  Performs as a single, integrated entity, collectively responsible for coordinating all services, including delivery of care and risk management.

(c)  Provides a seamless continuum of services; patients are provided a consistent point of access to all services and their care is coordinated and managed.

(d)  Leverages integration of services to avoid unnecessary duplication.

(e)  Drives consolidated Business Plans with focus on Clinical Integration, Quality, and Resource Management.

(f)  Drives standardization of equipment and clinical practices.

(g)  Supports the governing Board, sets organizational priorities, and tracks performance.

(h)  Supports biomedical research, health profession education, Force Health protection, and collaborative research with other federal agencies.

(4)  Objectives of the NCR Market:

(a)  Patient/Family Focus.

(b)  Cost Control.

(c)  Quality Improvement.

(d)  Population Health Focus.

(e)  Medical Readiness and Operational Support.

    (f)  Consumer Responsiveness.

    (g)  Coordination and Information Sharing.

    (h)  Community Benefit.

    (i)  Full Continuum of Care.

    (j)  Clinical Currency.

    (k)  Health Professions Education and Training.

  c.  NCR Market Academic and Clinical Partners:

    (1)  Uniformed Services University of the Health Sciences (USU).

    (2)  Defense Center of Excellence (DCoE) for Psychological Health and Traumatic Brain Injury.

    (3)  The National Institutes of Health (NIH).

    (4)  Department of Veterans Affairs (VA).

    (5)  U.S. Army Medical Command (MEDCOM).

    (6)  U.S. Navy Bureau of Medicine and Surgery (BUMED).

    (7)  U.S. Air Force Surgeon General (AF/SG).

    (8)  Managed Care Support Contractors (MCSC).

    (9)  Private Civilian Medical Treatment Facilities, as appropriate.

    (10)  TRICARE Regional Office North (TRO-N).

  d.  NCR Market Key Stakeholders:

    (1)  Wounded Warriors and family members.

    (2)  NCR Market enrolled beneficiaries.

    (3)  NCR Medical Directorate staff.

    (4)  DoD and Individual Services:  U.S. Army, U.S. Air Force, U.S. Marine Corps, and U.S. Navy.

(5)  Combatant Commanders.

(6)  Defense Health Agency.

(7)  Warrior Transition Command (WTC).

(8)  Wounded Warrior Regiment (WWR).

(9)  Navy Safe Harbor Foundation.

(10)  Air Force Wounded Warrior (AFW2) Program.

(11)  Private nonprofit organizations that help Wounded Warriors.

(12)  Military and Veterans Support Organizations.

(13)  National Capital Consortium.

(14)  Service Regional Medical Commands.

e.  Facts:

(1)  Wounded, Ill and Injured (WII) care is the First Priority.

(2)  NCR Medical Directorate has authority, direction, and control of WRNMMC, FBCH, JPC, and their subordinate units and enhanced Multi-Service Market Authority of designated Service MTFs identified in Section 1.a.  Attachment (2) provides eMSM Manager Responsibilities and Authorities.

(3)  The NCR Market will coordinate, in conjunction with the MCSC, all care to include referral management, within and/or between MTFs in the Market, and with medical providers in the private sector.

(4)  The Joint Medical Network (JMED) will support WRNMMC and FBCH until a DHA enterprise solution is implemented.

2.  <u>Mission</u>.  Deliver high quality, integrated healthcare in the NCR Market, serving the unique needs of all beneficiaries.  Ensure the effective and efficient delivery of world-class healthcare by implementing standards for clinical, operational and resource processes and procedures.

3.  <u>Execution</u>

a.  Strategic Guidance:

(1)  Intent:  The NCR Medical Directorate will operate its MTFs in the Market to provide effective and efficient healthcare to the enrolled population in the NCR.  The Market will

5

integrate services aimed at providing patient- and family-centered care that is convenient and accessible.  The Market will integrate and implement evidence-based standards in all healthcare disciplines.  The Market will use a strong regional perspective, leveraging support arrangements throughout the region to optimize resources and service capabilities.  The NCR Market's strategic initiatives will consistently deliver the MHS Quadruple Aim performance goals by improving medical readiness (and providing support to global health requirements), experience of healthcare, and population health while managing costs.  The NCR Market's governance structure will achieve a multi-Service synergy, enabling better patient outcomes.

(2)  End State:  A fully developed NCR Market will respond to rapidly changing missions, both peacetime and deployment, beneficiary demographics, technologies, economic conditions, health education, and research.  The NCR Market will emphasize a patient- and family-centric commitment by focusing on standards of care and access, regardless of where an individual is enrolled or treated.  The NCR Market will use this construct to set aggressive Business Plan goals for performance achievement and to improve data quality, encourage the accountability of patients and providers, improve the quality of lives, and reduce costs of healthcare in alignment with eMSM governing council guidance and metrics.

(3)  Strategic Objectives.  The National Capital Region Market's objectives include:

(a)  Maintain world-class WII care.

(b)  Proactively engage patients in healthy behaviors.

(c)  Improve access and effectiveness of Primary Care services (Patient Centered Medical Home).

(d)  Improve access and effectiveness of Behavioral Health Care services; including post-traumatic stress disorder (PTSD), substance abuse and traumatic brain injury (TBI).

(e)  Standardize clinical practices.

(f)  Promulgate and coordinate evidence-based clinical practices.

(g)  Improve effectiveness of Specialty Care Referral System/Hospital Capabilities.

(h)  Develop regional Business Plans with a focus on Clinical Integration and Quality Management.

(i)  Maintain and support Joint Information Management solutions.

(j)  Promulgate best practices for Support Services (i.e., Standardization of Equipment & Shared Services).

(k)  Foster Health Professions education and training to ensure clinical currency.

(l)  Advance Graduate Professional (medical) education, biomedical research, and medical simulation.

(m)  Support other duties as determined by the DHA Director.

(4)  Desired effects:

(a)  Optimally distribute regional healthcare services and resources based on analysis of market conditions and organizational capabilities to effectively meet the requirements of the beneficiary population.  Effectively direct short-term movement of eMSM personnel to support operational effectiveness and initiate long-term distribution strategies via program review and Business Plan updates.

(b)  Achieve measurable efficiencies in joint, integrated healthcare delivery compared to Service-aligned and non-integrated services.

b.  Concept of Operations:

(1)  General

(a)  The NCR Medical Directorate will provide centralized coordination for policy, planning, and oversight to integrate and operate NCR healthcare services.  Decentralized execution of these plans, policies and operations will be carried out by MTFs located within the Market.  Attachment (3) describes Market relationships with NCR MTFs and Service Regional Medical Commands.

(b)  The NCR Market will operate with a regional, unified perspective for all aspects of healthcare delivery in the region.  The primary focus is to optimize the health and healthcare services for the beneficiary population.

(c)  Healthcare service will be coordinated in such a manner that patients flow seamlessly through the entire continuum of care from point of entry until final disposition.  Clinical, ancillary, and administrative processes will be designed or reengineered to facilitate this objective.  All services will be coordinated regardless of the location of care, whether MTF, home, or community.  Although the MTFs may have different capabilities, there will be one standard of care throughout the Market following DoD and National guidelines.  There will be a continuous effort within and among NCR Market MTFs to identify integration opportunities and innovations that improve quality, value, and the overall patient experience.

(d)  Report and tracking mechanisms will be established to provide full visibility of all healthcare resources and capabilities in the Market.  This includes both in-house and private sector care.  This information will be shared throughout the NCR Market as the basis to evaluate available services, identify gaps, and optimize resources.  These metrics will be reviewed at least quarterly.  Specialty referrals will be managed centrally, taking into account the capabilities available throughout the Market.  WRNMMC, FBCH, and MGMCSC constitute the primary referral centers for the Market.  The objective is to provide optimal quality of care for patients,

maintain clinical currency, and maximize resource utilization.  Referral patterns will be tracked and reported to ensure these objectives are met.

(e)  This Concept of Operations (CONOP) will be reviewed annually to ensure consistency with any potential mission changes or environmental conditions.  Any required updates will take into account existing Market initiatives or activities to avoid unnecessary duplication of efforts or conflicting direction or guidance.

(2)  Governance

(a)  The NCR Medical Directorate will implement a multi-tiered governance structure comprised of a NCR Market Board, Executive Council and supported by subordinate boards, committees, and/or workgroups chartered as necessary.  Attachment (4) provides relationships within this organizational construct.  The collaborative governance structure established to manage the NCR Market includes NCR Medical Directorate leadership and MTF Commanders and Chiefs of Staff.

(b)  The NCR Market Board is the top level decision-making body of the NCR Market.  Chaired by the NCR Medical Director, the Board is comprised of FBCH and WRNMMC Directors, NCR MTF Commanders, and other key strategic partners.  It is responsible for establishing policy and guidance, allocating resources, and resolving issues for the NCR Market.  The NCR Market Board monitors strategic metrics related to overall Market performance and compliance with MHS directives.  In cases where the NCR Director and NCR MTF Commanders cannot resolve issues related to Business Plan development or execution, resolution will be referred to the Medical Deputies Action Group (MDAG) or Senior Military Medical Action Council (SMMAC) for review and decision.

(c)  The NCR Executive Council oversees operations in the NCR Market and reviews and tracks metrics of Market performance.  The Council is comprised of MTF Chiefs of Staff/Executive Officers and the NCR Medical Directorate Executive Directors for Clinical and Administrative Operations.  Subordinate Market Boards are comprised of MTF and Directorate subject matter experts (SMEs).  Board members have detailed knowledge of healthcare operations and issues, and this multi-tiered system helps invest key stakeholders in the continuous process to improve healthcare delivery.  The NCR Market Boards will present initiatives, recommendations, and issues to the NCR Market Executive Council for review prior to presentation to the NCR Market Board and for certain levels of decision.

The five Market Boards are:

- Business Planning Board (BPB)
- Clinical Care and Quality Management Board (CCQMB)
- Education, Training, Research and Simulation Board (ETRSB)
- Contracting, Supplies, Equipment and Facilities Board (CSEFB)
- Information Management Board (IMB)

8

(d)  Performance measures and management controls will directly support Market strategic goals and objectives.  Metrics will be collected by Market MTFs and reported to the Market Board on a monthly basis and include:

1. Inpatient Occupancy Rate: (Goal 70%)

2. Operating Room Utilization: (Goal 70%)

3. Right of First Refusal Acceptance rate: (Goal 65%)

4. Bed days per 1,000 Enrollees: (Goal 5% decrease)

5. Total Relative Value Units per 1,000 Enrollees (Goal 5% decrease)

6. PCM Enrollment per FTE: (Goal 1,100 enrollees)

7. Unfilled Appointments: (Goal 5% or less)

8. Combined No-show Rate: (Goal 5% or less)

9. Percent of Retail Pharmacy: (Goal 16%)

10.  Purchased Care Recapture (Goal TBD)

(3)  NCR Medical Directorate Responsibilities

(a)  Directorate Inpatient MTFs:

1. Serve as singular organizational and budgetary authority for NCR Medical Directorate inpatient facilities and their four subordinate clinics.

2. Direct, control, and coordinate NCR Medical Directorate MTF operations; provide direction to subordinate MTFs to carry out assigned missions.

3. Organize subordinate Directorate MTFs and personnel as necessary to meet beneficiary population demands.

4. Provide guidance and oversight of the Joint Hospital by publishing and monitoring compliance with issuances (Directives, Instructions, Manuals, and Directive-Type Memorandums).  Coordinated policies are also developed with the Market MTFs to optimize effective and efficient healthcare.

5. Oversee the NCR Integrated Referral Management and Appointing Center providing primary and specialty referral appointing services and best practices to NCR Market enrollees.

      6. Support currency and deployment readiness requirements IAW established service deployment guidelines.

    (b) Enhanced Market MTFs:

      1. Provide guidance outlining Market MTF roles and responsibilities, to include the metrics required to monitor the quality of healthcare delivered in the Market as well as Business Plan performance.

      2. Establish five-year Business Performance Plans, policies, priorities, and overall requirements for NCR Market.

      3. Coordinate with the DHA Director and the Services for the maintenance of facilities to ensure prioritization of all actions are adequate and appropriate to maintain environment of care and support Business Plan objectives.

      4. Serve as the primary conduit to external agencies and commands, and actively pursue strategic partnerships to further Market goals and objectives.

      5. Ensure effective and efficient Health Promotion and Preventive Medicine Programs.

      6. Promote effectiveness through standardized approaches to planning, procuring, training and administration.

      7. Provide support for the standardization of education, training, biomedical research, and medical simulation initiatives across the NCR Market, including (or partnering with) the National Capitol Consortium (NCC).

      8. Serve as an advocate for resources as required.

      9. Support currency and deployment readiness requirements IAW established service deployment guidelines.

    (c) The NCR Medical Director oversees, manages, directs and coordinates all healthcare delivery over the inpatient facilities and their subordinate clinics in the NCR. In execution of the NCR Business Plan, the Director oversees, manages and distributes resources to Market facilities, and ensures effective and efficient integration of personnel and resources within the Market using enhanced authorities identified in Attachment (2).

    (d) Serve as the Functional Medical Component to Joint Force Headquarters National Capital Region (JFHQ-NCR) to coordinate and oversee all NCR Medical Directorate medical forces assigned or operating in the NCR in support of NCR contingency operations, training and exercises. Support United States Northern Command at such time as a designated National Capital Region command order is executed as part of an operational plan and provide medical

support and resources as directed.  The Functional Medical Component Command will support JFHQ-NCR by providing coordinated and responsive Health Service Support.

(4)  Medical Directorate MTF and Market MTF Roles

(a)  Execute healthcare operations in accordance with published Market plans, polices, and standardized procedures.  Where applicable, develop local policies specifically tailored to the MTFs unique circumstances while aligning with the common integration objectives.

(b)  Implement strategic, operational, and tactical initiatives to advance Market business and clinical practices.

(c)  Provide metrics, reports, and feedback regarding efficiency and effectiveness of healthcare service through the Market governance structure.

(d)  Submit regular updates on strategic initiatives for improvements to healthcare delivery.

(e)  Submit regular updates on operational initiatives for the Market to include: Business Plan execution, Quality Management, and Quadruple Aim initiatives.

(f)  Advise NCR Medical Director and the Market Board on impacts of Market proposals and initiatives at the MTF level.

(g)  Develop and validate resource requirements and healthcare service needs for the MTF enrolled population.

(h)  Ensure service-specific training requirements are monitored and satisfied.

(i)  Source service-specific deployment requirements as tasked through the global force management process

(5)  Market Analysis

(a)  NCR Medical Directorate will continue to provide market analyses regarding healthcare costs, workload, referral patterns, and comparative data with similar Multi-Service Market areas.

(b)  Market analyses and other ongoing studies will assess the needs of the enrolled population.  A regional focus based on efficiencies and economies of scale will determine how to best meet the needs of the enrolled population.  Specific goals, objectives, and performance measures will be formalized and documented in a NCR Market Gap Analysis.  This analysis forms the baseline to develop mechanisms to align healthcare resources in response to beneficiary demands and population health requirements.

11

(c)  Specific goals, objectives, and performance measures will be tracked, utilizing a dashboard, scorecard, milestone chart, or other appropriate mechanism.

(d)  The information derived from market analyses, along with the strategic guidance of the DHA, the NCR Medical Director, the Market Board, and the regional strategic partner, TRICARE (TRO-N), will be used to formulate future business plans for the NCR Market.

(6)  Common Support Structures

(a)  Common support structures (CSS) are any processes, services, equipment sets, or any combinations thereof, that provide a well-defined capability that is universally employed across the healthcare delivery system.  CSS may vary in scope and complexity and usually form the foundation on which to build successive support structures.

(b)  The NCR Market will make maximum use of existing and future common support structures to promote system-wide standardization and enhance efficiency opportunities. These common support structures will be widely advertised and implemented.  Exceptions to their use should be formally documented to provide opportunities to further refine these structures for increased utilization or substitution as needed.

(c)  The NCR Medical Directorate will maintain the following foundational support structures for the NCR Market:

1.  Patient Centered Medical Home (PCMH):  The NCR Market begins with the PCMH, which focuses care around the patient and family.  The PCMH is the model of patient and family-centered health care that is team-based, comprehensive, and designed to fully meet the complete primary care health and wellness needs of the population served.  It focuses on the "whole person" concept, preventive care and early intervention and management of health problems rather than on high-volume, episodic, over-specialized and inefficient care.  A PCMH practice is responsible for all of a patient's healthcare needs and for coordinating/integrating specialty healthcare and other professional services.

2.  Integrated Referral Management and Appointing Center (IRMAC):  The NCR Market shall use the IRMAC to provide centralized appointing and referral management services for the enrolled population.  The primary mission of the IRMAC is to assure the appropriate patient communication throughout the entire continuum of care.  Initially, this will be achieved by assuring that patient appointing and referral management commence in a fashion that is seamless to the patient.  IRMAC will also assure that civilian generated specialty referral reports are incorporated into the patient's medical record.  In addition, IRMAC will facilitate education of clinics on template and demand management to improve access to care.  Other capabilities shall include workload tracking, appointment, and private sector care monitoring.

3.  Joint Medical Network (JMED):  The NCR Medical Directorate will continue to support the JMED to provide a seamless, integrated and interoperable information exchange between WRNMMC and FBCH consistent with the direction and authorities provided by the DHA until an enterprise information system is implemented.

    4. <u>Standardized Quality Management Program</u>:  The NCR Market must be able to shift healthcare providers between facilities to maximize the ability to deliver care where the patients require it, as well as to maintain clinical currency for staff members.  A single credentials and privileging system for the Joint Hospitals will allow for efficient and effective execution of this requirement.  Completion of the DoD Quality Manual will direct common business rules for Credentials, Privileging and Adverse Actions, and a single database of individual files in the Centralized Credentials and Quality Assurance System (CCQAS).  The NCR Medical Director will delegate privileging authority to MTF Commanders and require the alignment to a single system for management for the oversight of quality issues.  The NCR Market will, therefore, be positioned to maximize provider movement between facilities and ensure a standardized approach to Quality Management.  Additionally, the NCR Medical Directorate will be the sole authority for the Joint Hospitals to report adverse privileging/practicing actions, malpractice claims against DoD civilian providers, and to report providers to State and other regulatory agencies and to the National Practitioner Data Bank.

    (7)  Levels of Care.  Levels of care for planning purposes within the NCR Market are defined as:

    (a)  Population-based care defines patients as members of groups with shared healthcare needs.

    (b)  Primary care is the provision of integrated, accessible health care services by clinicians who are accountable for addressing a large majority of personal healthcare needs, developing a sustained partnership with patients, and practicing in the context of family and community.

    (c)  Secondary care is a service provided by healthcare specialists who generally do not have first contact with patients.

    (d)  Tertiary care is highly specialized medical care, usually over an extended period of time, which involves advanced and complex procedures and treatments performed by healthcare specialists in a tertiary care center.

    (e)  A tertiary care center is a major hospital usually possessing a full complement of services such as pediatrics, general medicine, various branches of surgery, and psychiatry and where subspecialties are dedicated to specific care such as oncology, neurosurgery, and/or trauma.  Patients are often referred from smaller hospitals for major operations, consultations with sub-specialists, and when sophisticated intensive care facilities are required.

4.  <u>Administration and Logistics</u>

    a.  This CONOP will be followed by series of Directives, Issuances, and Policies which will direct specific activities and outline courses of action for the Market's continuous development.  Attachment (5) provides a list of current JTF CapMed Issuances that will be evaluated for transition to the NCR Medical Directorate and alignment to the strategic imperatives put forth by the Office of the Assistant Secretary of Defense for Health Affairs, the Defense Health Agency,

and the NCR Medical Directorate.

b.  Selected initiatives and courses of action may be developed based on internal dependencies, available data analysis, and resources.  Ongoing activities to improve healthcare delivery effectiveness and efficiency should continue until superseded.

5.  Command and Control

a.  Relationships:

(1)  The NCR Medical Directorate is under the authority, direction, and control of the DHA.

(2)  The NCR Medical Director has authority, direction, and control of WRNMMC, FBCH, their subordinates, and the JPC.

(3)  The NCR Medical Director has eMSM authorities for NCR Market MTFs.

Date:  **SEP 1 0 2013**

RAQUEL C. BONO
RDML, MC, USN
Director, NCR Medical Directorate

Attachments:
As stated

14

**Attachment 1**

**Defense Health Agency and NCR Medical Directorate Relationships**



## Attachment 2

## eMSM Manager Responsibilities and Authorities

| Responsibilities | Enhanced Authorities |
|---|---|
| Optimize the readiness to deploy medically ready forces and ready medical forces. | <ul><li>Convene monthly meetings with MTF Commanders</li><li>Monitor recapture of care in the eMSM to support clinical currency</li><li>Monitor MTF readiness metrics (e.g., Individual Medical Readiness (IMR), Integrated Disability Evaluation System (IDES), etc.)</li><li>Direct short term movement of personnel to support operational effectiveness</li><li>Coordinate, review and approve resource allocations to support GME requirements</li><li>Develop Memorandums of Agreement (MOAs) with external organizations (i.e., Veterans Affairs, etc.)</li><li>Facilitate programmatic changes to enhance specialty programs</li></ul> |
| Develop a five-year Business Performance Plan for the eMSM. | <ul><li>Develop and execute five-year Business Performance Plan across the eMSM</li><li>Adjust MTF Business Performance Plans to optimize the eMSM</li><li>Represent eMSM at the eMSM Governing Council</li><li>Monitor deviations from the eMSM five-year Business Performance Plan; vet through eMSM Governing Council as appropriate</li><li>Prepare market-specific POM initiatives/variances for enterprise issues</li></ul> |
| Manage and allocate the budget for the eMSM; drive cost avoidance and cost reduction at the market level. | <ul><li>Manage and allocate DHP funding according to the five-year Business Performance Plan</li><li>Conduct quarterly execution reviews against the eMSM five-year Business Performance Plan and make mid-year allocation recommendations</li><li>Develop and manage eMSM incentive structure</li><li>Direct eMSM discretionary funds for execution year adjustments and bridge funding to POM initiatives</li></ul> |
| Ensure workload reporting is standardized and comparable across the eMSM where appropriate. | <ul><li>Direct common workflow reporting processes to standardize workload measurement across the eMSMs</li><li>Report on eMSM workload measures to the eMSM Governing Council</li></ul> |
| Direct common clinical and business practices across the eMSM to improve effectiveness, value, and efficiency. | <ul><li>Establish and monitor consolidated appointing and referrals</li><li>Identify and implement clinical best practices and/or functions (e.g., pre-operative patients, etc.)</li><li>Evaluate shared services where appropriate (e.g., regional and/or local level janitorial contract, transcriptions, coding, etc.)</li><li>Develop MOAs with the TROs and MCSC to optimize healthcare in the eMSM</li><li>Monitor workload and conduct analyses to ensure eMSM meets the five-year Business Performance Plan</li><li>Report on eMSM performance measures to the eMSM Governing Council</li></ul> |

**Attachment 3**

## NCR Market Relationships and Service Regional Medical Commands



**Attachment 4**

## NCR Medical Governance Structure



NCR Market Board

NCR Market Executive Council

**Market Boards**

**Clinical Care & Quality Management**
- Standards
- Quality Management
- Process of Care
- Regional Consultants
- Metrics

**Business Planning**
- Efficiencies
- Analysis
- Workload Management
- Performance
- Metrics

**Education, Training, Research & Simulation**
- Graduate Medical Education
- Research
- Simulation
- Training
- Metrics

**Contracting, Supplies, Equipment & Facilities**
- Contracts
- Supplies
- Equipment
- Facilities
- Metrics

**Information Management**
- Information Assurance
- Portfolio
- Software
- Hardware
- Metrics

**Attachment 5**

**NCR Medical Directorate Policies**

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Access to Care Working Group Charter | 01-Jul-10 | Charter | 5103.03 |
| Administration of Sedation and Anesthesia by Non-Anesthesiologists and Non-Nurse Anesthetists | 04-Mar-13 | Instruction | 6320.01 |
| Anti-Terrorism Work Group Charter | 13-May-10 | Charter | 5105.04 |
| Application of Food and Drug Administration (FDA) Rules on Force Health Protection Programs | 23-Sep-11 | Instruction | 6200.02 |
| Appointing and Scheduling Operations within the JOA – CHG 1 | 28-Jun-11 | Directive | 1140.01 |
| Appointing, Template, Demand, and Referral Management | 03-Jan-13 | Instruction | 6015.01 |
| Behavioral Health (BH) Practice Standards | 04-Mar-13 | Instruction | 6025.06 |
| Civilian Employee Assistance Program (CEAP) | 11-Jan-12 | Instruction | 1426.01 |
| Civilian Employment/Reemployment of Military | 08-Nov-11 | Instruction | 1205.01 |
| Civilian of the Quarter/Year Awards Program | 07-Apr-10 | Instruction | 1000.02 |
| Civilian Position Classification - CHG 1 | 21-Mar-12 | Instruction | 1400.05 |
| Civilian Timekeeping and Attendance Procedures | 31-Mar-09 | Instruction | 1422.01 |
| Clinical and Business Informatics Advisory Group (CBIAG) Charter | 03-Apr-13 | Charter | 5106.02 |
| Clinical Case Management | 13-Jul-10 | Instruction | 6025.01 |
| Clinical Pathology and Blood Program | 01-Dec-11 | Instruction | 6564.01 |
| Clinical Quality Management Manual | 29-Mar-12 | Manual | 6025.01 |
| Command Education and Staff Development | 26-Jul-11 | Directive | 1025.01 |
| Command Sponsorship | 29-Dec-11 | Instruction | 1304.02 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Commander's Critical Information Requirements/ Serious Incident Reporting | 13-Apr-12 | Directive | 3000.01 |
| Commercial Off the Shelf (COTS) Software Approval Standard Operating Procedure | 15-Nov-11 | Instruction | 8430.01 |
| Communications Security | 04-Feb-13 | Directive | 8530.01 |
| Communications Security (COMSEC) | 19-Aug-11 | DTM | 12-007 |
| Comprehensive Cancer Center (CCC) Implementation Team Charter | 16-Feb-10 | Charter | 5XXX.xx |
| Contracting Officer's Representative (COR) | 18-Jul-11 | Instruction | 1135.01 |
| Correspondence Management | 27-Feb-13 | Instruction | 5045.01 |
| Data at Rest | 28-Jun-11 | Directive | 8500.02 |
| Defense Medical Human Resource System - internet (DMHRSi) | 14-Nov-11 | Instruction | 1000.04 |
| Defense Standardization Program (DSP) | 15-Dec-11 | Directive | 4120.01 |
| Delivery, Receipt, Storage, and Issue of Oxygen | 14-Sep-12 | Instruction | 4105.01 |
| Dental Advisory Board (DAB) Charter | 06-Jan-12 | Charter | 5100.04 |
| Determination and Validation of Manpower Requirements | 11-Oct-11 | Instruction | 1100.01 |
| Discharge of Wounded, Ill, or Injured (WII) Service Members from Joint Medical Treatment Facilities (MTFs) or Centers | 25-Sep-11 | Directive | 6025.03 |
| Distinguished Visitor Policy for Joint Medical Treatment Facilities | 18-Mar-13 | Instruction | 5400.02 |
| DoD Information Assurance Certification and Accreditation (DIACAP) Interim Authorization to Test (IATT) | 08-Dec-11 | Instruction | 8500.02 |
| Domestic Technology Transfer Instruction | 27-Mar-12 | Instruction | 5535.01 |
| Education, Training, and Research Committee | 24-Mar-10 | Charter | 5107.01 |
| Education, Training, and Research Enlisted Work Group Charter | 01-Apr-10 | Charter | 5107.06 |
| Education, Training, and Research Simulation Work Group Charter | 29-Mar-10 | Charter | 5107.04 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Electronic Mail (E-mail) Policy | 08-Nov-11 | Instruction | 8460.01 |
| Emergency Management Program | 13-Dec-11 | Instruction | 3020.02 |
| Enlisted Service Member of the Year (ESOY) Program | 01-Aug-11 | Instruction | 1348.03 |
| Equal Employment Opportunity (EEO) Policy | 20-Jul-10 | Directive | 1440.01 |
| Equal Opportunity Policy | 20-Jul-10 | Directive | 1350.01 |
| Equipment Accountability | 12-Aug-11 | Instruction | 4161.01 |
| Equipment Acquisitions within MTFs & Centers | 21-Sep-11 | Instruction | 4245.01 |
| Evaluations and Fitness Reports (FITREPS) | 13-Dec-11 | Instruction | 1308.01 |
| Facility Planning and Design | 11-Jul-11 | Instruction | 4270.01 |
| Family Advocacy Program | 12-Dec-11 | Instruction | 6490.01 |
| Family Planning Services | 28-Mar-13 | Instruction | 6010.01 |
| Federal Employee Compensation Act (FECA) Work Group Charter | 01-Jul-13 | Directive | 5008.02 |
| Federal Voting Assistance | 20-May-11 | Directive | 1000.04 |
| Fluoroscopy Training | 27-Jun-12 | Instruction | 1322.04 |
| Formats and Procedures for Development and Publication of Issuances | 05-Mar-12 | Instruction | 5025.01 |
| Forms Management | 18-Jul-12 | Instruction | 7750.01 |
| Forms Management Program (FMP) Manual | 19-Feb-13 | Manual | 7750.02 |
| Freedom of Information Act (FOIA) | 01-Nov-11 | DTM | 12-005 (11-10) |
| Freedom of Information Act (FOIA) Program | 01-Feb-13 | Directive | 5400.01 |
| Fund Raising (CFC, Military) | 11-Oct-11 | Instruction | 5035.01 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Funding and Administration of Clinical Investigation Programs (CIPs) | 23-Aug-11 | Instruction | 6000.02 |
| Gifts and Donations | 02-Jul-12 | Instruction | 7280.01 |
| GME Program Administration | 16-Feb-12 | Directive | 1025.04 |
| Graduate Medical Education/ Graduate Dental Working Group Charter | 31-Mar-10 | Charter | 5107.02 |
| Hazardous Building Materials | 14-Nov-12 | Instruction | 4270.02 |
| Hazardous Drugs (HDs) Safety Plan - CHG 1 | 19-Oct-11 | Instruction | 6050.02 |
| Health Information Security | 02-Jul-12 | DTM | 12-006 |
| Health Promotion and Wellness Program | 13-Oct-11 | Directive | 1010.03 |
| Healthcare Eligibility of the SECDES Program | 02-Aug-11 | Directive | 6025.07 |
| Health Professions Education Work Group Charter | 26-Mar-10 | Charter | 5107.03 |
| Herpes Zoster (Shingles) Immunization | 05-Dec-12 | Instruction | 6205.03 |
| HIPAA and Privacy Act Training | 09-Dec-11 | Directive | 8580.01 |
| Honorary Awards and Incentives | 24-May-12 | Instruction | 1432.02 |
| Human Papillomavirus (HPV) Immunization | 29-Mar-13 | Directive | 6205.05 |
| Immunizations and Chemoprophylaxis | 12-Apr-12 | Instruction | 6205.01 |
| Immunizations Delivery Optimization Work Group Charter | 18-Apr-12 | Charter | 5103.08 |
| Implementation of National Defense Authorization Act of 2010, Section 596 – Res Trtmt Substance Use Disorders (SUD) in Members of Armed Forces | 27-Feb-13 | DTM | 13-001 |
| Incentives and Allowances | 02-Apr-12 | Instruction | 1432.01 |
| Inclement Weather Plan | 11-Oct-11 | Instruction | 1000.01 |
| Information Assurance (IA) in the Defense Acquisition System | 22-Nov-11 | Instruction | 8500.03 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Information Assurance Advisory Group (IAAG) Charter | 10-May-11 | Charter | 5106.01 |
| Information Assurance Implementation | 19-Aug-11 | DTM | 12-008 |
| Information Assurance Training and Certification, and Workforce Management | 12-Oct-11 | Directive | 8570.01 |
| Information Collection and Reporting Program | 14-Mar-13 | Instruction | 8910.01 |
| Information Management-Information Technology (IM-IT) Portfolio Management (PFM) | 13-Oct-11 | Directive | 8115.01 |
| Information Management-Information Technology (IM-IT) Portfolio Management (PFM) Implementation | 10-Sep-12 | Instruction | 8115.02 |
| Information Technology (IT) Configuration Management (CM) | 21-Sep-11 | Instruction | 8130.01 |
| Information Technology (IT) Platform Guide | 11-Oct-11 | Instruction | 8510.01 |
| Information Technology Life Cycle Acquisition | 20-Aug-12 | Instruction | 8130.02 |
| Injury Compensation | 14-Jun-13 | Instruction | 1438.01 |
| Integrated Disability Evaluation System | 05-Dec-12 | Directive | 1332.01 |
| Internet Policy | 23-Jun-11 | Directive | 5200.01 |
| Joint Deputy Commander and Chief of Staff Qualification and Selection Process | 09-Jul-10 | Instruction | 1304.01 |
| Joint Emergency Care Council Charter | 19-Sep-11 | Charter | 5136.01 |
| Joint Logistics Manager's Internal Control Program (MICP) Procedures | 12-Aug-11 | Instruction | 4140.01 |
| Joint MTF CDRs Guidance | 19-Dec-11 | Manual | 1000.01 |
| Joint Operations Planning | 12-Dec-11 | Instruction | 3000.1 |
| Joint Pathology Center (JPC) Charter | 22-Nov-11 | Charter | 5100.01 |
| Joint Pathology Center Tissue Repository Work Group Charter | 15-Mar-13 | Charter | 5101.01 |
| Joint Planning Group Charter | 18-Aug-11 | Charter | 5000.02 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Joint Traumatic Brain Injury Charter | 15-Mar-13 | Charter | 5103.06 |
| JTF CAPMED Exercise Program | 11-Aug-11 | Instruction | 3020.01 |
| Lead Apron Inspection Procedures | 08-Apr-13 | Instruction | 6270.02 |
| Lead Apron Inspection Program | 08-Apr-13 | Instruction | 6470.02 |
| Lead Apron Program | 02-Jul-12 | Directive | 6470.01 |
| Leave and Liberty for Military Personnel | 21-Dec-11 | Instruction | 1050.01 |
| Licensure of Programs, Activities, and Entities of MTFs | 02-Sep-11 | DTM | 11-05 |
| Management and Disposal of Dated Material | 21-Sep-11 | Instruction | 4140.02 |
| Management of Civilian Human Resources (HR) | 01-Nov-11 | Directive | 1400.01 |
| Management of Regulated Medical Waste (RMW) | 19-Oct-11 | Instruction | 6050.01 |
| Management of the Information Enterprise | 01-Nov-11 | Directive | 8000.01 |
| Manpower Mobilization Planning Policies & Procedures | 19-Jul-11 | Instruction | 1120.01 |
| Mass Transportation Benefit Program (MTBP) | 22-Jun-10 | Directive | 1000.01 |
| Medical Equipment Management | 14-Jul-11 | Directive | 4151.01 |
| Medical Examination Of U.S. Service Academics, Reserve Officer Training Corps, Scholarship Programs, an the Uniformed Services University of the Health Sciences | 11-Sep-12 | Directive | 6130.01 |
| Medical Expense And Performance Reporting System (MEPRS) For Fixed Military Medical and Dental Treatment Facilities | 25-Oct-11 | Directive | 7000.01 |
| Medical Management of Personnel Exposed to Depleted Uranium | 10-Apr-12 | Instruction | 6440.01 |
| Medical Materiel Management | 13-Dec-11 | Directive | 4140.03 |
| Medical Quality Assurance (MQA) and Clinical Quality Management | 05-Oct-11 | Instruction | 6025.04 |
| Medical Records Retention and Coding at Joint Medical Treatment Facilities (MTFs) and Centers | 13-Oct-11 | Directive | 6040.01 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Medical Surveillance Optimization (MSO) Work Group Charter | 27-Apr-12 | Charter | 5103.05 |
| Mefloquine Prescribing and Distribution | 19-Jul-12 | Directive | 6203.01 |
| Merit Promotion and Placement | 01-Apr-13 | Instruction | 1404.01 |
| Military Awards Program | 15-Nov-11 | Instruction | 1348.01 |
| Military Personnel Drug Abuse Testing Program | 23-Jun-11 | Directive | 1010.01 |
| Mobile Computing Devices | 13-Dec-11 | Instruction | 7950.01 |
| Mobilization Deployment Working Group | 01-Apr-10 | Charter | 5105.03 |
| Morale, Welfare, and Recreation (MWR) Program | 20-Jul-11 | Directive | 1330.01 |
| National Capital Region (NCR) Medical Integrated Delivery System (IDS) Contracting, Supplies, Equipment, and Facilities Board (CSEFB) Charter - CHG 1 | 03-Jul-12 | Charter | 5004.01 |
| National Capital Region Medical Administrative Services Board Charter | 02-Jul-12 | Charter | 5001.01 |
| National Capital Region Medical Business Planning Board Charter | 02-Jul-12 | Charter | 5002.01 |
| National Capital Region Medical Clinical Care and Quality Management Board Charter - CHG 1 | 03-Jul-12 | Charter | 5003.01 |
| National Capital Region Medical Education, Training, Research, and Simulation Board Charter - CHG 1 | 03-Jul-12 | Charter | 5007.01 |
| National Capital Region Medical Information Management Board Charter - CHG 1 | 03-Jul-12 | Charter | 5006.01 |
| National Capital Region Medical Integrated Delivery System Governance Structure | 26-Jul-12 | Instruction | 5025.02 |
| National Capital Region Medical Resource Management Board Charter | 02-Jul-12 | Charter | 5008.01 |
| NCR IDS Board Task Assignment Process | 23-Oct-12 | DTM | 12-011 |
| NCR Integrated Healthcare System Forms Committee - CHG 1 | 19-Jul-11 | Charter | 5105.05 |
| NCR Issuances Work Group | 14-Mar-12 | Charter | 5105.02 |
| Off-Duty Employment (ODE) by Healthcare Practitioners | 27-Jul-11 | Instruction | 1120.02 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Official Mail Management Program | 04-Feb-13 | Instruction | 4525.01 |
| Ordering Influenza Vaccine | 29-Jan-13 | Instruction | 6205.04 |
| Organizational Assessment Program (OAP) (restricted) | 01-Nov-12 | Directive | 5103.01 |
| Outpatient Addictions Treatment Services | 25-Oct-11 | Directive | 1010.02 |
| Pandemic Disease Conditions | 26-Jan-10 | Instruction | 1001.02 |
| Patient Centered Medical Home | 02-Jul-12 | Instruction | 6025.05 |
| Patient Movement and Patient Movement Items | 05-Dec-12 | Directive | 4590.01 |
| Performance Appraisal Program for DoD Civilian Employees | 09-Nov-11 | Instruction | 1400.02 |
| Periodic Health Assessment (PHA) & Individual Medical Readiness (IMR) | 30-Jun-11 | Instruction | 6025.02 |
| Personnel Casualty Matters, Policies, and Procedures | 19-Oct-11 | Instruction | 1000.03 |
| Personnel Security Program (PSP) - CHG 1 | 13-Dec-11 | Instruction | 5210.01 |
| Pharmacy Operation and Medication Control | 04-Mar-13 | Instruction | 6570.01 |
| Policy & Procedure for Determining Workforce Mix | 08-Jun-11 | Instruction | 1100.22 |
| Policy and Procedures for Maintenance of the Intermediate Manpower Document (IMD)/Joint Table of Distribution (JTD) | 08-Nov-11 | Instruction | 1100.03 |
| Policy and Procedures for the Position Management Committee (PMC) | 28-Dec-09 | Instruction | 12312.01 |
| Policy for the Administration of Postgraduate Dental Education Programs | 05-Aug-11 | Directive | 5000.01 |
| Prescribing and Safe use of Psychotropic Medications and Polypharmacy | 14-Jun-13 | Instruction | 6570.02 |
| Prevention and Elimination of Unlawful Harassment in the Workplace | 15-Dec-11 | Directive | 1020.02 |
| Prevention of Sexual Harassment | 15-Dec-11 | Directive | 1020.03 |
| Preventive Medicine Program | 02-Jul-12 | Directive | 6203.02 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Privacy of Individual Identifiable Health Information in Health Care Programs | 19-Aug-11 | DTM | 12-009 |
| Process for Requesting a Retiree Recall, Backfill, or Backfill Extension from US Army Reserves - CHG 1 | 30-Aug-12 | DTM | 12-010 |
| Protection of Human Subjects and Adherence to Ethical Standards in Joint Task Force-Supported Research | 19-Sep-11 | Instruction | 3216.02 |
| Provision of Electronic Library Services | 18-Aug-11 | Instruction | 1025.03 |
| Public Health and Preventive Medicine Work Group Charter | 27-Apr-12 | Charter | 5103.07 |
| Publication of Human Resources Issuances | 21-Mar-12 | DTM | 12-002 |
| Quality Work Group Charter | 19-Apr-13 | Charter | 5003.02 |
| Radiation Safety Council Charter | 26-Oct-11 | Charter | 5100.03 |
| Readiness Training Program | 05-Aug-11 | Directive | 1322.03 |
| Readiness, Training, and Exercise (RTEC) Work Group Charter | 08-Mar-11 | Charter | 5103.02 |
| Records Management Directive | 27-Dec-11 | Directive | 5015.01 |
| Red Cross Functions | 08-Mar-11 | Instruction | 1000.26 |
| Referral Management Operations Within the Joint Operations Area (JOA) | 06-Aug-11 | Directive | 8180.01 |
| Regional Alternative Funding Board Charter | 24-Jan-12 | Charter | 5100.05 |
| Regional Position Management Board (RPMB) Charter | 01-Jul-13 | Charter | 5001.02 |
| Removal of PHI from Internet Sites, Mobile Computing, and Portable Devices | 02-Jul-12 | DTM | 12-003 |
| Research Work Group Charter | 29-Mar-10 | Charter | 5107.05 |
| Resuscitative and Trauma Medicine Education and Training | 05-Aug-11 | Directive | 1025.02 |
| Safe Harbor | 15-Jul-13 | DTM | 13-002 |
| Safety and Occupational Health (SOH) Program | 12-Jul-12 | Instruction | 1438.02 |

| SUBJECT | Date Signed | Type | Document Number |
|---|---|---|---|
| Small Computer Use | 21-Dec-11 | Instruction | 7920.01 |
| Social Networking Policy | 19-Oct-11 | Instruction | 5200.02 |
| Space Management | 08-Aug-11 | Instruction | 5305.01 |
| Spirit of Excellence Team Award Program | 15-Dec-11 | Instruction | 1005.01 |
| Staff Seasonal Influenza Immunization Policy | 15-Aug-12 | Instruction | 6205.02 |
| Standardized Joint Enlisted Medication Administration Program | 02-Aug-11 | Instruction | 1322.01 |
| Support Agreements | 14-Feb-12 | Instruction | 7000.02 |
| Telework Program | 20-Mar-12 | Instruction | 1400.03 |
| Title 38 Premium Pay Eligibility and Coverage | 07-Mar-12 | DTM | 12-001 |
| Transportation in the NCR Medical JOA | 13-Dec-11 | Instruction | 4500.01 |
| Travel Policies and Procedures (includes local travel, TDY/PCS travel and gov't travel card) | 04-Jan-12 | Instruction | 4515.01 |
| Tuberculosis Control Program | 08-Feb-13 | Instruction | 6224.01 |
| Use of Laboratory Animals in DoD programs | 22-May-12 | Directive | 3216.01 |
| Utilization of IDCs Skill Sets Within JTF CapMed Facilities | 06-Sep-11 | Directive | 1322.01 |
| Utilization of Medics, Corpsmen, and Medical Technicians Skill Sets | 06-Sep-11 | Directive | 1322.02 |
| Virtual Private Network (VPN) | 20-Jun-12 | Instruction | 8460.02 |
| Warrior Primary Care | 07-Mar-12 | Directive | 6200.01 |
| Wear and Professional Appearance of Duty Attire | 23-Jun-11 | Directive | 1000.07 |
| Website Standards | 13-Dec-11 | Instruction | 8430.02 |