# Exhibit G

**From:** Logeman, Judy A CIV US WRNMMC
**To:** Bizzell, Judy J CIV US WRNMMC
**Subject:** RE: FOIA Request WRNMC #14-R
**Date:** Saturday, May 24, 2014 10:36:28 AM

Judy,

I do not completely understand item #1.

V/R
Judy

Judy A. Logeman

Healthcare Resolutions Program
Walter Reed National Military Medical Center
8900 Wisconsin Ave
Bethesda, MD 20889-0001

O: 301.400.2763
BB: 202.290.7271
judy.a.logeman.civ@health.mil


-----Original Message-----
From: Bizzell, Judy J CIV US WRNMMC
Sent: Friday, May 23, 2014 7:30 PM
To: Franz, Charles P US CPT USA; Moidel, Barbara I CIV US WRNMMC; Floyd, Cornell J CIV US WRNMMC; 'Logeman, Judy A CIV US WRNMMC'; 'matthew.'; Davidge, Joe E CIV US WRNMMC; McCall, Thurman S CTR US WRNMMC; Logeman, Judy A CIV US WRNMMC; Floyd, Cornell J CIV US WRNMMC; Roush, Matthew R LT OJAG, Code 14 (matthew.roush@navy.mil); Henry, Kurt A. CAPT BUMED; Bernstein, Dina L CIV US WRNMMC
Cc: Bizzell, Judy J CIV US WRNMMC
Subject: FW: FOIA Request WRNMC #14-R

Good evening all - Below and attached is a 20 page document from Mr. Robert Hammond. Of those pages, the FOIA request is actually only for the following:

    1. "I am requesting all records of disclosure of the information in the
emails to other than those listed on the email, to include any forwarding of

the email to another party by any of the addressees and any verbal disclosure
by any of the addressees."

    2. "I am requesting photocopies of the front side disk labels of both the
original and the copy of the DVDs containing my medical records that are in WRNMMC FOIA Office custody and that each image be labeled as to whether it is
the original that I provided to Ms. Logeman or the copy made for the FOIA Office."

You need only be concerned with item #1 as this office will answer Mr. Hammond
on item #2.

This request, along with three others from Mr. Hammond was found in my "junk"
mail box today. Your earliest response will be appreciated.

Respectfully,

Judy
(301) 400-2315
-----Original Message-----
From: perseverance2013@aol.com [mailto:perseverance2013@aol.com]
Sent: Monday, April 28, 2014 5:37 AM
To: Bizzell, Judy J CIV US WRNMMC
Subject: FOIA Request WRNMC #14-R

Dear Ms. Bizzell,

Please see attached. Your FAX machine is not connected.

With my respect,

Robert Hammond

| | |
|---|---|
| **From:** | Moidel, Barbara I CIV US WRNMMC |
| **To:** | Bizzell, Judy J CIV US WRNMMC |
| **Subject:** | Read: FW: FOIA Request WRNMC #14-R |
| **Date:** | Friday, May 23, 2014 8:50:31 PM |

Your message

  To: Moidel, Barbara I CIV US WRNMMC
  Subject: FW: FOIA Request WRNMC #14-R
  Sent: Friday, May 23, 2014 7:29:39 PM (UTC-05:00) Eastern Time (US & Canada)
 was read on Friday, May 23, 2014 8:50:30 PM (UTC-05:00) Eastern Time (US & Canada).

| | |
|---|---|
| **From:** | Logeman, Judy A CIV US WRNMMC |
| **To:** | Bizzell, Judy J CIV US WRNMMC |
| **Subject:** | Read: FW: FOIA Request WRNMC #14-R |
| **Date:** | Saturday, May 24, 2014 7:13:54 AM |

Your message

  To: Logeman, Judy A CIV US WRNMMC

  Subject: FW: FOIA Request WRNMC #14-R

  Sent: Friday, May 23, 2014 7:29:39 PM (UTC-05:00) Eastern Time (US & Canada)

 was read on Saturday, May 24, 2014 7:13:52 AM (UTC-05:00) Eastern Time (US & Canada).

| | |
|---|---|
| **From:** | Henry, Kurt A. CAPT BUMED |
| **Subject:** | Read: FOIA Request WRNMC #14-R |
| **Date:** | Monday, May 26, 2014 12:14:00 PM |

Your message
  To:
  Subject: FOIA Request WRNMC #14-R
  Sent: Monday, May 26, 2014 12:13:59 PM (UTC-05:00) Eastern Time (US & Canada)
was read on Monday, May 26, 2014 12:13:10 PM (UTC-05:00) Eastern Time (US & Canada).

| | |
|---|---|
| **From:** | McCall, Thurman S CTR US WRNMMC |
| **To:** | Bizzell, Judy J CIV US WRNMMC |
| **Subject:** | Read: FOIA Request WRNMC #14-R |
| **Date:** | Tuesday, May 27, 2014 7:10:24 AM |

Your message
  To: McCall, Thurman S CTR US WRNMMC
  Subject: FW: FOIA Request WRNMC #14-R
  Sent: Friday, May 23, 2014 7:29:39 PM (UTC-05:00) Eastern Time (US & Canada)
was read on Tuesday, May 27, 2014 7:09:42 AM (UTC-05:00) Eastern Time (US & Canada).

| | |
|---|---|
| **From:** | Logeman, Judy A CIV US WRNMMC |
| **To:** | Bizzell, Judy J CIV US WRNMMC |
| **Subject:** | Read: RE: FOIA Request WRNMC #14-R |
| **Date:** | Tuesday, May 27, 2014 11:03:44 AM |

Your message
  To: Logeman, Judy A CIV US WRNMMC
  Subject: RE: FOIA Request WRNMC #14-R
  Sent: Tuesday, May 27, 2014 10:35:00 AM (UTC-05:00) Eastern Time (US & Canada)
 was read on Tuesday, May 27, 2014 11:03:43 AM (UTC-05:00) Eastern Time (US & Canada).

| | |
|---|---|
| **From:** | Gulley, Meki C CIV USN NSA BETHESDA MD (US) |
| **To:** | Bizzell, Judy J CIV DHA NCR MEDICAL DIR (US) |
| **Cc:** | Cygnarowicz, Paul T CIV (US) |
| **Subject:** | Requested Tracking Numbers |
| **Date:** | Monday, May 22, 2017 5:20:25 PM |

Hello Ms. Bizzell,

In reference to tracking numbers 70121640 0000 9665 1035 and 7012 1640 0000 9665 4524, I was only able to locate the latter on which was delivered to WRNMMC on 30 Jan 2014.  This was processed (4524) on 30 Jan 2014 addressed to

Judy Bizzell - FOIA. Command Secretariat's office handles the mail for FOIA. We only keep hard copy documentation on file for 2 years and 1 month, then it is shredded. I have thoroughly researched (1035) on numerous occasions , and have been in regular contact with Ms. Bizzell via telephone conversations.  This office does not  have any record of requested tracking number (1035).


V/r,


Ms. Gulley

(301) 295-4003