**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT HAMMOND, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 16-cv-0421 (KBJ) ) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND SETTING SCHEDULE FOR FURTHER BRIEFING

The parties appeared before this Court for a status conference on February 22, 2018. Based on the parties' representations during this status conference, the Court orally granted Defendants' motion to strike, denied Plaintiff's cross-motion for summary judgment without prejudice, and lifted the stay on the remaining deadlines for briefing the parties' summary judgment motions. Accordingly, and for the reasons stated on the record in open court, it is hereby

**ORDERED** that Defendants' [36] Motion to Strike is **GRANTED** and Plaintiff's [35] Renewed Cross-Motion for Summary Judgment, including attachments, is **DENIED WITHOUT PREJUDICE**. It is

**FURTHER ORDERED** that the summary judgment briefing schedule is reset as follows: Plaintiff's revised consolidated opposition and cross-motion for summary judgment is due on or before March 15, 2018; Defendants' consolidated reply and

1

cross-motion opposition is due on or before April 5, 2018; and Plaintiff's cross-motion reply is due on or before April 26, 2018.  It is

**FURTHER ORDERED** that, as discussed during the status conference, the parties shall separately brief their summary judgment arguments with respect to Count 12 of Plaintiff's Amended Complaint, as follows:  Defendants' motion for summary judgment with respect to Count 12 is due on or before March 15, 2018; Plaintiff's opposition to Defendants' summary judgment motion with respect to Count 12 is due on or before April 5, 2018; and Defendants' reply, if any, is due on or before April 26, 2018.

Plaintiff's attention is directed to ¶ 5 of this Court's General Order and Guidelines for Civil Cases, which states that memoranda filed in support of, or in opposition to, any motion shall not exceed 45 pages without leave of Court.  The Court's Order further directs that memoranda of ten pages or more shall contain a Table of Contents and Table of Authorities.  Any future submissions by either party that do not fully comply with the Court's General Order and Guidelines will not be accepted.

DATE:  February 22, 2018            *Ketanji Brown Jackson*
                                    KETANJI BROWN JACKSON
                                    United States District Judge